# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CARLA KNIGHT

**WARRANT FOR ARREST**

CASE NUMBER **00 - 6159**

**CR - FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CARLA KNIGHT__

Name

MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO COMMIT CREDIT CARD FRAUD, CREDIT CARD FRAUD
AND ATTEMPT TO COMMIT CREDIT CARD FRAUD

in violation of Title __18__ United States Code, Section(s) __1029(a)(5), (b)(2), (b)(1)__

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

/s/ Jenny Butler
Issuing Officer

BSS

Bail fixed at $250,000 personal surety bond - DO NOT LODGE OVERNIGHT!

6/13/00 at Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by MAGISTRATE JUDGE
Name of Judicial Officer

/s/ Barry Seltzer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest