| | |
|---|---|
| DEFT: Carla Knight(surr) | CASE NO: 00-6159-CR-Ferguson |
| AUSA: Kathleen Rice /Brown | ATTNY: Bernardo Lopez |
| AGENT: | VIOL: credit card fraud |
| PROCEEDING: Initial Appearance | BOND REC: 250,000 PSB |
| BOND HEARING HELD (yes)/no | COUNSEL APPOINTED: FPD |
| BOND SET @ $250,000 PSB | |
| CO-SIGNATURES: Mother | |

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment — meeting
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/FL
12) Halfway House
     Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol.

A-advised of charges

Arraignment waived
Not guilty plea entered
Jury trial demanded
Standing Discovery Order requested

FILED by _____ D.C.
JUN 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN/REMOVAL: | | | |
| STATUS CONFERENCE: | 6-20-00 | 11:00am | SNOW |
| DATE: 6-15-00 | TIME: 11:00am | TAPE # 00-050/051 | |

2695-3185
Recall 00-050 BSS 3514-3750
00-051-BSS 1-312