

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6159-CR-Ferguson

UNITED STATES OF AMERICA

vs

Carla Knight

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 6-15-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retain counsel of record will be noticed for trial by the District Court Jud assigned to this case. The following information is current as of this dat

DEFENDANT: Address: See Bond

Telephone: _____

DEFENSE COUNSEL: Name: FPD

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ 250,000 PSB

Bond hearing held: yes X  no ___  Bond hearing set for _____

Dated this 15 day of June, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR / CLERK

By: _____
Deputy Clerk

Tape No. 00-050/051

cc: Clerk for Judge
U. S. Attorney