AO 442 (Rev. 12/85) Warrant for Arrest     AUSA RICE/SA CARUSO, USSS

## United States District Court

SOUTHERN     DISTRICT OF     FLORIDA   483205

UNITED STATES OF AMERICA

V.

CARLA KNIGHT

**WARRANT FOR ARREST**

CASE NUMBER: **00-6159**

**CR-FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CARLA KNIGHT__
Name

MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment |   | Information |   | Complaint |   | Order of court |   | Violation Notice |   | Probation Violation Petition |

charging him or her with (brief description of offense)
CONSPIRACY TO COMMIT CREDIT CARD FRAUD, CREDIT CARD FRAUD
AND ATTEMPT TO COMMIT CREDIT CARD FRAUD

in violation of Title _18_ United States Code, Section(s) __1029(a)(5), (b)(2), (b)(1)__

**Clarence Maddox** — Name of Issuing Officer

**Court Administrator/Clerk of the Court** — Title of Issuing Officer

_Jenny Butler_, Issuing Officer

BSS
Bail fixed at $250,000 personal surety bond - Do NOT LODGE OVERNIGHT

6/13/00 at Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Ft. Lauderdale, FL

| DATE RECEIVED 6/13/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | James A. Tassone, US Marshal | |
| DATE OF ARREST 6/15/2000 | FOR: USSS | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest