UNITED STATES DISTRICT COURT
Southern District of [stamp]

JUN 1 5 2000

U.S. Marshal # 55343-004

UNITED STATES OF AMERICA    )
                Plaintiff   )   Case Number: CR OO-6159-CR-WDF
                            )   REPORT COMMENCING CRIMINAL
          -vs-              )            ACTION
                            )
CARLA MARIE KNIGHT          )
                Defendant

*********************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A". SELF  SURR

(1)  Date and Time of Arrest: 6-15-00        am/pm

(2)  Language Spoken: ENGLISH

(3)  Offense(s) Charged: B CREDIT CARD FRAUD

(4)  U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5)  Date of Birth: 9-9-68

(6)  Type of Charging Document: (check one)
     [X] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: 6-15-00  (9) Arresting Officer: _____

(10) Agency: SS           (11) Phone: _____

(12) Comments: _____

11