HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __HUSSAIN EL KAMLICHI__ CASE NO: __00-6098-CR-ZLOCH__
AUSA __STEVE PETRI__ / Rice    ATTY FPD __- Hunt__
Disc out - possible plea - no pending motions

00-037
C/174

DEFT __CARLA KNIGHT__ CASE NO: __00-6159-CR-FERGUSON__
AUSA __KATHLEEN RICE__ / Rice    ATTY FPD __- Hunt__
Disc out - possible plea - No pending motion

C/199

DEFT __DOREEN JORDAN__ CASE NO: __00-6160-CR-ZLOCH__
AUSA __DON CHASE__ pu    ATTY FPD __- Bidwill__
Disc out - possible plea -

C/219

DEFT __LORI KOSTENKO__ CASE NO: __00-6164-CR-DIMITROULEAS__
AUSA __ROGER STEFIN__ / Rice    ATTY FPD __- Hunt__
Disc out - possible plea. No pending motion

C/254

DEFT __RAYMOND HICKS__ CASE NO: __00-6162-CR-ROETTGER__
AUSA __KATHLEEN RICE__ / pu    ATTY __MARTIN FEIGENBAUM, ESQ.__ pu
Steven Kassner, Esq. for Earl Parker
FPD for Sam Jones - Cat Hunt Aug 1
DEFT __Disc out - Moved for motions__ CASE NO: _____
AUSA _____ ATTY _____

C/280

DATE __6/30/00__ TIME __11:00__

15