UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR-FERGUSON

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

v.                              :

CARLA KNIGHT,                   :

    Defendant.              :
_____

**STATUS REPORT**

A status conference was held in this cause on June 30, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 30th day of June, 2000.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kathleen Rice (FTL)
AFPD Tim Day (FTL)