UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6159-CR-FERGUSON

UNITED STATES OF AMERICA,  :

    Plaintiff,          :

vs.                      :

CARLA KNIGHT,        :

    Defendant.      :
_____/



## **UNOPPOSED MOTION TO CONTINUE TRIAL**

The defendant, through counsel, moves this Court for a continuance of the above-styled case and as grounds in support thereof would state:

1.    The defendant is charged with conspiracy to commit credit card fraud in violation of 18 U.S.C. § 1029 (b)(2).

2.    The Office of the Federal Defender was appointed on June 15, 2000. Ms. Knight did not meet with undersigned counsel until July 18, 2000. Thereafter numerous documents of additional discovery were received. Ms. Knight requests additional time to prepare for trial.

3.    Assistant United States Attorney Kathleen Rice has no objection to the motion.



WHEREFORE, the defendant respectfully requests that this Court grant her Unopposed

Motion to Continue Trial.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
        Timothy M. Day
        Assistant Federal Public Defender
        Florida Bar No. 360325
        101 N.E. 3rd Avenue
        Suite 202
        Fort Lauderdale, Florida 33301
        (954) 356-7436
        (954) 356-7556 (fax)


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

21 day of July, 2000 to Kathleen Rice, Esquire, United States Attorney's Office, 299 E. Broward

Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Knight\Continue.01.wpd