UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6159-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,    :

      Plaintiff,    :

vs.    :

CARLA KNIGHT    :

      Defendant.    :
_____/

NIGHT BOX
FILED

SEP 1 2 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## MOTION FOR PERMISSION TO TRAVEL

      The defendant, through counsel, requests permission to travel and as grounds in support thereof states:

      1.    The defendant had her initial appearance June 15, 2000 on an indictment charging her with the offense of conspiracy to commit credit card fraud.

      2.    The defendant was admitted to bond in the amount of $250,000 personal surety.

      3.    The defendant is desirous of traveling to Kansas City for a medical consultation with Dr. Ted Lockwood. She would travel by air leaving approximately 6:00 a.m. on September 14, 2000 and would return the same day at approximately 10:00 p.m.

      4.    Assistant United States Attorney Kathleen Rice has no objection to the requested travel.

WHEREFORE, the defendant requests that this court grant the defendant's request for

permission to travel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 ext. 108
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

3rd day of September, 2000 to Kathleen Rice, Esquire, United States Attorney's Office, 299 E.

Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Knight\TRAVEL.wpd

2