UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6159-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

CARLA KNIGHT,  :

    Defendant.  :
_____/

SEP 14 2000

## ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come before the Court on Defendant's Motion for Permission to Travel

and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion for permission to travel is hereby

GRANTED as requested in the motion.

DONE AND ORDERED at Fort Lauderdale, Florida, this 14th day of September, 2000.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:   Timothy Day, AFPD
      Kathleen Rice, AUSA

