SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NOV 17 2000

CASE # 00-6159-CR-UUF

DEFENDANT Carla Knight

JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER

DATE November 17, 2000

Court Reporter Paul Haferling

USPO Ed Corley

AUSA K. Rice

Deft's Counsel Jim Day, FPD

COUNTS DISMISSED All Others

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 2 | | Right to appeal |

Comments 6 months Home Confinement
see J & C for details

Assessment $ 100.00            Fine $ None

Restitution /Other $ 37,500 —

#### CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

25