# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| **CARLA  KNIGHT, (J) 55343-004** | Case Number:  **0:00CR06159-001** |

**Kathleen Rice, AUSA  /  Tim Day, AFPD**
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s)   **One of the Indictment.**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C.  §  1029 (a)(5),(b)(2). | Conspiracy to commit access device fraud | 02/04/1999 | 1 |

The defendant is sentenced as provided in pages 2 through   __7__   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s)   **N/A**

☒ Count(s)   **All Others**   are  dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | | |
|---|---|---|
| Defendant's Soc. Sec. No.:  **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** | **11/17/2000** | |
| Defendant's Date of Birth:  **09/09/1968** | Date of Imposition of Judgment | |
| Defendant's USM No.:  **55343-004** | | |
| Defendant's Residence Address: | | |
| **841 N.W.  34th Terrace** | | |
| | Signature of Judicial Officer | |
| **Fort Lauderdale**              **FL**     **33311** | **WILKIE D. FERGUSON, JR.,** | |
| | **UNITED STATES DISTRICT JUDGE** | |
| Defendant's Mailing Address: | Name & Title of Judicial Officer | |
| **841 N.W.  34th Terrace** | 11/21/00 | |
| **Fort Lauderdale**              **FL**     **33311** | Date | |

*(Over)



FILED by

'00 NOV 28 PM 2:22

CLARK
C



No further action required by
the U.S. Marshals Service.

James A. Tassine
UNITED STATES MARSHAL

Ed Pincher   SDUSM

