UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,                CASE NO. 00-6159-CR-FERGUSON

    Plaintiff,

vs.                                      **NOTICE OF APPEARANCE**

CARLA KNIGHT,

    Defendants.
_____/

Please take notice that TED CRESPI, P.A., hereby appears as attorney for the Defendant, CARLA KNIGHT, in the above-entitled cause.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this ____ day of May, 2001, to KATHLEEN RICE, Assistant U.S. Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida, 33301.

        TED CRESPI, P.A.
        Attorney for Defendant
        Prudential Plaza, Suite 218
        1776 North Pine Island Road
        Plantation, Florida 33322
        Telephone: (954) 475-7111
        Facsimile: (954) 475-7211

By: _____
        TED CRESPI, ESQUIRE
        Florida Bar No. 437689

C:\WP60\FED\NOA