UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,                    CASE NO. 00-6159-CF-FERGUSON

　　　Plaintiff,

vs.

CARLA KNIGHT,

　　　Defendants.
_____/

## NOTICE OF UNAVAILABILITY

**Defendant, CARLA KNIGHT**, by and through undersigned counsel, hereby notices the

Court and all parties to this action that Ted Crespi, Esquire, counsel for the Defendant, will be

unavailable from July 1, 2001, through July 23, 2001, and hereby requests that no trial,

discovery, hearings, etc., be scheduled during the aforementioned period.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this ____

day of June, 2001, to KATHLEEN RICE, Assistant U.S. Attorney, 500 East Broward Boulevard,

7th Floor, Fort Lauderdale, Florida, 33301; and LENNOX GEORGE, Federal Probation, 330

Biscayne Boulevard, #410, Miami, Florida 33132.

　　　　　　　　　　　　　　　　　　　TED CRESPI, P.A.
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　Prudential Plaza, Suite 218
　　　　　　　　　　　　　　　　　　　1776 North Pine Island Road
　　　　　　　　　　　　　　　　　　　Plantation, Florida 33322
　　　　　　　　　　　　　　　　　　　Telephone: (954) 475-7111
　　　　　　　　　　　　　　　　　　　Facsimile: (954) 475-7211

　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　TED CRESPI, ESQUIRE
　　　　　　　　　　　　　　　　　　　Florida Bar No. 437689