UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6159-CR-FERGUSON

UNITED STATES OF AMERICA,
Plaintiff,

Vs.

CARLA KNIGHT,

Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been set for a **MOTION HEARING** in reference to the defendant's Motion for Clarification of Sentence on Friday, September 14, 2001 at 11:00 a.m., before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Miami, Florida this $31$ day of July 2001.

DELORIS MCINTOSH
COURTROOM DEPUTY

cc:
Kathleen Rice, AUSA,
Ted Crespi, Esq.,
Lennox A. George, USPO