**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
SEP 17 2001

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6159-CR-WDF__    Date: _September 14, 2001_

Clerk: __Deloris McIntosh__    Reporter: _Stephen Franklin_

USPO: _____    Interpreter: _None_

**UNITED STATES OF AMERICA vs.** __CARLA KNIGHT (B)__

AUSA: __Kathleen Rice__

Defendant(s) Counsel: __Alvin Entin, Esq.,__

Defendant(s) Present __✓__ Not Present ____ In Custody ____

Reason for hearing: __Motion re; Clarification of Sentence__

Result of hearing: __Restitution issue will be Resolved with U.S. Probation__

Case Continued to: _____ Time: _____ P.M. _____

52