PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 64287



UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00CR06159-001

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Carla Knight

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., United States District Judge, Ft. Lauderdale, FL

Date of Original Sentence: November 17, 2000

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Access Device Fraud, in violation of Title 18, U.S.C. §1029(a)(5),(b)(2), a Class D felony. |
| Original Sentence: | Three (3) years probation with the following special conditions: (1) The defendant shall provide complete access to financial information including disclosure of all business and personal finances, to the U.S. Probation Officer; (2) The defendant shall maintain full time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documents requested by the U.S. Probation Officer. (3) The defendant shall obtain prior approval from the U.S. Probation Officer before entering into any self employment; (4) The defendant shall participate in a Home Confinement Electronic Monitoring Program for a period of six(6) months; (5) $100 special assessment; and (6) Restitution in the amount of $37,500.00. |

Type of Supervision: Probation     Date Supervision Commenced: November 17, 2000

Assistant U.S. Attorney:  
Kathleen Rice  
500 E. Broward Boulevard  
Seventh Floor  
Ft. Lauderdale, FL 33394-3002  
(954) 356-7254

Defense Attorney:  
Timothy Day  
Assistant Federal Public Defender's Office  
101 N.E. 3rd Avenue  
Ft. Lauderdale, FL 33301-1145  
(954) 356-7436

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 64287

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 30, 2003, in Broward County, Florida, the supervised releasee was arrested by Hollywood Police Department and charged with Grand Theft, contrary to Florida Statue 812.014 (1) (a), 812.014 (1) (b) and 812.014 (2) (a). |
| 2. | **Violation of Special Condition**, by failing to satisfy the court-ordered restitution. On November 17, 2000, restitution in the amount of $37,500.00 was ordered by the court and the defendant has failed to satisfy this financial obligation as ordered. |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be  
[ ] revoked.  
[ ] extended for _ years, for a total term of _ years.  
[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by Lennox A. George  
U.S. Probation Officer  
Phone: (954) 769-5545  
Date: August 11, 2003

THE COURT ORDERS:

[ ] No Action  
[X] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer  
U.S. District Court Judge

8/26/03  
Date