PROB 49a

SD/FL PACTS No. 64287

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00-CR06159-001 – CR –
URSULA UNGARO-BENAGES

FILED by _____ D.C.
DKTG
AUG 29 2003
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

U.S.A. vs Carla Knight

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Carla Knight | Female | White | 34 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 841 NW 34th Terrace, Ft. Lauderdale, Florida 33311 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| United States District Court, Southern District of Florida | November 17, 2000 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| United States District Court, Southern District of Florida, Ft. Lauderdale, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| CLARENCE MADDOX | KATHRYN B. HARLAN | 8-26-03 |

| RETURN | | |
|---|---|---|
| | DATE RECEIVED | DATE EXECUTED |
| Warrant received and executed. | | |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

SEP – 9 2003

Rec'd in min bk _____

59/f