# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
SEP 15 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA ]   CASE NUMBER: CR 0:00-CR06159-001-
            Plaintiff   ]   CR-Ursula U. Benages
    -vs-                ]   REPORT COMMENCING CRIMINAL
                        ]                ACTION
                        ]
__Caila M. KNIGHT__     ]   __55343-004__
        Defendant           USMS Number

****************************************************************

TO: CLERK'S OFFICE     (MIAMI)     FT. LAUDERDALE     W. PALM BEACH
    U.S. DISTRICT COURT            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.

****************************************************************

COMPLETE ALL ITEMS.   INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: __09/11/03    10:20__ (AM)__ PM __

(2) LANGUAGE SPOKEN: __English__

(3) OFFENSE(S) CHARGED: __Probation Violation__

(4) UNITED STATES CITIZEN:   (X) YES   ( ) NO   ( ) UNKNOWN

(5) DATE OF BIRTH: __09/09/68__

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [ ] INDICTMENT     [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [X] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: __SFL__
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES  [ ] NO

AMOUNT OF BOND: $_____   WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: __09/11/03__   ARRESTING OFFICER: __R. Kirby__

(10) AGENCY: __USMS__        (11) PHONE: __954-356-7256__

(12) COMMENTS: _____