kntctmpapr.       UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 00-6159-Cr-Ungaro-Benages

FILED by ___ D.C.
MAG. SEC.
SEP 15 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. MIAMI

UNITED STATES OF AMERICA,

v.                                    **NOTICE OF TEMPORARY**
                                      **APPEARANCE AS COUNSEL**

Carla Knight

        COMES NOW  Michael D. Gelety                and
files this temporary appearance as counsel for the above named
defendant(s) at initial appearance. This appearance is made with
the **understanding** that the undersigned counsel will fulfill any
**obligations imposed** by the Court such as **preparing and filing**
**documents** necessary to collateralize any **personal surety bond** which
may be set.

Counsel's Name (Printed)  Michael D. Gelety

Counsel's Signature _____

Address  1209 SE 3d Ave

         Ft Laud, Fl                   ZIP CODE: 33316

Telephone  (954) 462-4600

Florida Bar Number _____

61-b