UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6159-CR-UNGARO-BENAGES


FILED by _____ D.C.
MAG. SEC.
SEP 15 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA

       Plaintiff,
v.
**CARLA M. KNIGHT**

DOB: 9-9-68  (J) 55343-004
       Defendant.
_____/

### ORDER ON INITIAL APPEARANCE

AUSA _Craig Moses_      Language __ENGLISH__
Agent _____      Tape No. _03FX 73 - 1450 & 3529 &_
                                                                                                              74-1

The above-named defendant having been arrested on __9-11-03__ having appeared before the court for initial appearance on __9-11-03__ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon
   **ORDERED** as follows:
1. _Michael Melety_ appeared as permanent/~~temporary~~ counsel of record.
   Address: _1209 SE 3rd Ave, Ft. Laud, FL_
   Zip Code: _33316_ Telephone: _954-462-4600_
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _(Post Cause)_ _9/25_, 2003.
4. ~~Arraignment/Preliminary/Removal/Identity~~ hearing is set for _10am  9/25_, 2003.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_, 2003.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   _$10,000 CSB/Nebria - hrg held._
   _____
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   ___a. Surrender all passports and travel document to the Pretrial Services Office.
   _✓_b. Report to ~~Pretrial Services~~ _USPO_ as follows:___ times a week by phone, ___time a week in person; other: _as directed_
   ___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

## CARLA M. KNIGHT

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
_✓_h. Comply with the following curfew: _midnight – 6:30 Am w/ elec. mon. with_
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals. _USPO's_
___j. Comply with the following additional special conditions of this bond: _discretion as to how this will work along with the State Court's elec. mon. process._

This bond was set: At Arrest _____
On Warrant _____
After Hearing __✓__

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida this __11th__ day of __SEPTEMBER__, 2003.

_Andrea M. Simonton_
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney
Defense Counsel
~~Pretrial Services~~/Probation