UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6159-CR- Ungaro-Benages

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

Carla M. Knight,
    Defendant.
_____/

THIS CAUSE came before the Court and pursuant to proceedings it is thereupon

ORDERED AND ADJUDGED as follows:

Attorney not present. Report Re: Counsel and Probable Cause Hearing reset September 25, 2003 at 1:30 p.m.

DONE AND ORDERED at Miami, Florida this 25 day of Sep., 2003.

TAPE NO: 03B-

PATRICK A. WHITE
UNITED STATES MAGISTRATE JUDGE

C:    AUSA
    Defense Counsel
    Pretrial Services
    U.S. Marshal