UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6159-CR- Ungaro-Benages

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

Carla M. Knight
        Defendant.
_____/

THIS CAUSE came before the Court and pursuant to proceedings it is thereupon

ORDERED AND ADJUDGED as follows:

For good cause shown by the defendant, and with no objections from the Government, the Probable Cause Hearing reset for October 3, 2003 at 10:00 a.m. before Duty Magistrate

DONE AND ORDERED at Miami, Florida this 25 day of Sep, 2003.

TAPE NO: 03B-27-703
         27-1103

PATRICK A. WHITE
UNITED STATES MAGISTRATE JUDGE

c:  AUSA
    Defense Counsel
    Pretrial Services
    U.S. Marshal

64-b