UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _00-6159-CR-Ungaro Benages_

UNITED STATES OF AMERICA,

vs.

_Carlos M Knight_

ORDER ON HEARING TO
REPORT RE COUNSEL 

_____

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____  Private counsel _____
          appeared in open court and is noted as permanent
          counsel of record.

_____  The defendant requested Court appointed counsel, was
          found eligible, and counsel will be appointed by
          separate order.

_____  The defendant requested Court appointed counsel but
          was found ineligible, and shall appear before the
          Court on _____
          at 10:00 a.m. to report regarding his/her further
          efforts to retain counsel, unless counsel notices a
          permanent appearance before that date.

___✓____  The defendant requested further time to retain
          counsel and shall appear before the Court on
          _October 3, 2003_ at 10:00 a.m. to report
          regarding his/her further efforts to retain counsel,
          unless counsel notices a permanent appearance before
          that date.

DONE AND ORDERED at Miami, Florida this _25_ day
of _September_, 2003.

TAPE NO.03B-_27-202_
            _27-1103_

                                   _/s/ Patrick A. White_
                                   PATRICK A. WHITE
                                   UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal