PROB 19a                                                                 SD/FL PACTS No. 64287

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00-CR06159-001 – CR – URSULA UNGARO-BENAGES

U.S.A. vs Carla Knight

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

### WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Carla Knight | Female | White | 34 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 841 NW 34th Terrace, Ft. Lauderdale, Florida 33311 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| United States District Court, Southern District of Florida | November 17, 2000 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| United States District Court, Southern District of Florida, Ft. Lauderdale, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| CLARENCE MADDOX | KATHRYN B. HARLAN | 8-26-03 |

### RETURN

| Warrant received and executed. | DATE RECEIVED 8/26/03 | DATE EXECUTED 9/11/03 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS, Ft. Lauderdale, FL |

| NAME | Christina pharo, US Marshal S/D FL | (BY) Glen Wilner, SDUSM | DATE 9/11/03 |
|---|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_ ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."