UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6159-CR
         Ungaro-Benages
Magistrate Brown

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**CARLA M. KNIGHT,**

       Defendants.

------------------------/



FILED by _____ D.C.
OCT 03 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER OF REFERENCE TO MAGISTRATE JUDGE
FOR REVOCATION HEARING**

PURSUANT to 28 U.S.C. Sect. 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Stephen T. Brown to take all the necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the Defendant's Supervised Release should be revoked. Pursuant to this referral order, it is also

ORDERED and ADJUDGED that it is the responsibility of the parties in this case to note on **ALL MOTIONS AND SUBMISSIONS PERTAINING TO ANY OF THE ABOVE REFERENCED MATTERS SHALL CONTAIN THE NAME OF THE MAGISTRATE ASSIGNED** and an additional courtesy copy of

all materials necessary to the resolution of the referred matter shall be directed to the Magistrate's chambers.

DONE and ORDERED in chambers at the United States District Court, Miami, Florida, this 2 day of October, 2003.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge
    Counsel of Record