FILED BY _____ D.C.

2003 OCT -7 AM 9:39

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6159-cr-UUB

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

Carla Knight

       Defendant.

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER**

    The above named defendant having testified under oath or provided appropriate financial affidavit that he or she is financially unable to employ counsel but wishes to be represented by counsel, it thereupon

    **ORDERED AND ADJUDGED** that the Federal Public Defender for the Southern District of Florida is appointed to represent this defendant for all proceedings in this case unless relieved by Court Order.

    DONE AND ORDERED at Miami, Florida this _3rd_ day of _October_, ~~2001~~ 2003.

TAPE NO. ~~01G-~~ 03-54-797

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

c: AUSA
   FPD
   Pretrial Services or Probation
   U.S. Marshal