UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR-Ungaro[illegible]

UNITED STATES OF AMERICA,

vs.

Carla Knight

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

For good cause shown by the defendant, and with no objections from the Government, ~~Arraignment~~ *Probable Cause* Hearing on the above named defendant(s) is hereby reset to _October 8, 2003_, at 10:00 a.m. before the Duty Magistrate.

**DONE AND ORDERED** at Miami, Florida this ___3rd___ day of ___October___, 2003.

TAPE NO: 03G-54-792

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal