UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR-UNGARO-BENAGES
Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

CARLA M. KNIGHT,

    Defendant(s).
_____/

## NOTICE OF EVIDENTIARY HEARING

**THIS MATTER** is before the Court upon an order of reference entered by the Honorable Ursula Ungaro-Benages directing this Court to conduct an evidentiary hearing with respect to whether or not the defendant's supervised release should be revoked. This Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that an evidentiary hearing take place on **Tuesday, October 28, 2003 at 3:00 P.M., at the United States District Court, 300 N.E. 1st Ave., Courtroom VIII, before the undersigned Magistrate Judge.**

    (A) Motions to continue shall be filed at least 48 hours prior to the hearing.

    (B) Witness lists shall be exchanged at least 48 hours prior to the hearing.

    (C) All exhibits to be used at this hearing shall be pre-marked and made available to the opposing party at least 48 hours prior to the hearing.

    (D) All case law to be argued at this hearing shall be submitted to opposing counsel (citations or copies of cases) at least 48 hours prior to the hearing, unless already contained in written memoranda previously filed in this case.

    (E) No supplemental or additional memoranda or other forms of alleged "written

aid" to the Court shall be permitted, without prior approval of the Court, other than demonstrative aids for use at the hearing.

(F) The parties shall immediately notify this Court of any settlement (of the matters which are the subject of this hearing).

(G) The Court has reserved one hour for this hearing. If either party desires more time for this hearing the appropriate motion shall be filed.

**DONE AND ORDERED** this 7th day of October, 2003 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:  Honorable Ursula Ungaro-Benages
    Michael Gelety, Esq.
    Craig Moses, AUSA
    Lennox George, USPO