UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6159-Cr-UUB

UNITED STATES OF AMERICA,

vs.

Carla Knight

**WAIVER**

I, Carla Knight, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to _have a probable cause hearing_.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on _Oct. 8, 2003_, my right to _a probable cause hrg._

DATED:                                    _____
                                          Defendant

                                          _____
                                          Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to _____.

DATED this _8_ day of _October_, 2003, at _MIAMI, FLORIDA_
Southern District of Florida.

TAPE NO. 03E-58-915

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE
c: AUSA                                   TED E. BANDSTRA
   Defense Counsel AFPD
   Pretrial Services/Probation, U.S. Marshal