UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6159-Cr-Ungaro-Benages

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARLA KNIGHT,

        Defendant.
_____/

## NOTICE OF ASSIGNMENT

    The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Paul M. Korchin. Please direct any future inquiries, pleadings or correspondence to Paul M. Korchin on behalf of the Defendant Carla Knight.

                                        Respectfully submitted,

                                        KATHLEEN M. WILLIAMS
                                        FEDERAL PUBLIC DEFENDER

BY: _____
                                        Paul M. Korchin
                                        Assistant Federal Public Defender
                                        Florida Bar No. 203971
                                        150 West Flagler Street
                                        Suite 1700
                                        Miami, Florida 33130-1556
                                        Tel: 305-530-7000/Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 20 day of October, 2003.

_____
Paul M. Korchin

J:\Knight, Carla M. Reg55343-004\Pleadings\ASSIGN.NOT