UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6159-Cr-Ungaro-Benages

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLA KNIGHT,

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION
### FOR CONTINUANCE OF HEARING

The defendant, Carla Knight, through counsel, respectfully moves for a continuance of the hearing presently scheduled for November 13, 2003 and in support thereof states:

1. The Federal Public Defender's Office was appointed in this case on October 3, 2003. The case was assigned to undersigned counsel on October 20, 2003. Pursuant to defense counsel's request, the probation department sent defense counsel a copy of the charges against the defendant (Petition for Warrant for Offender Under Supervision and Memorandum of USPO Lennox George regarding violation of Probation and Request for a Warrant) on October 28, 2003. Defense counsel has been in possession of the charges against the defendant only since October 28, 2003.

2. The charges include an allegation of new criminal conduct while on probation involving a rather complex real estate transaction. Undersigned counsel is in the process of reviewing documents pertaining to the new criminal conduct and conducting investigation in preparation for the hearing scheduled for November 13, 2003.

3.   It has become apparent to counsel that he will not be able to complete these preparations by November 13, 2003.

4.   Defense counsel will be ready in early December. Assistant United States Attorney Harry Wallace advises that he has no objection to a continuance of the hearing, but that he will be in trial in Key West during the first week of December. Consequently, it is requested that the hearing be rescheduled to the second week of December, or as soon thereafter as the court's schedule will permit.

WHEREFORE, in light of the foregoing facts and circumstances, the defendant, Carla Knight, respectfully requests that the hearing presently scheduled for November 13, 2003 be continued to the second week of December, or as soon thereafter as the court's schedule will permit.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _____
Paul M. Korchin
Assistant Federal Public Defender
Florida Bar No. 203971
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon Harry Wallace, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 6 day of November, 2003.

*Paul M. Korchin*
Paul M. Korchin

J:\Knight, Carla M. Reg55343-004\Pleadings\Motion for Continuance.wpd