UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6159-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA

vs.

CARLA KNIGHT,

    Defendant.
_____/

### GOVERNMENT'S NOTICE CONCERNING LENGTH OF HEARING

The United States of America, by and through the undersigned Assistant United States Attorney (AUSA), hereby files this notice to inform this Court and defense counsel that the hearing in the above-styled case that currently is scheduled to occur on December 11, 2003, at 3:00 p.m., likely will last two hours or more.

WHEREFORE, the United States respectfully requests that the hearing in the above-styled case before this Court be scheduled on a date and at a time that will accommodate the undersigned AUSA's estimate for the length of the hearing.

                          Respectfully submitted,

                          MARCOS DANIEL JIMENEZ
                          UNITED STATES ATTORNEY

By: _____
      HARRY C. WALLACE, JR.
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 623946
      99 N.E. 4th Street
      Miami, FL 33132
      Tel: (305) 961-9006
      Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by United States mail on November 10, 2003, to Paul M. Korchin, Esq., Office of the Federal Public Defender, Suite 1700, Miami, Florida 33130-1556.

HARRY C. WALLACE, JR.
Assistant United States Attorney