00-6159.oa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6159 CR UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLA M. KNIGHT,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR CONTINUANCE

**This matter** is before this Court on Defendant's Unopposed Motion for Continuance of Hearing, filed November 5, 2003. The Court has considered the motion and all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**, and the hearing is rescheduled to **Thursday, December 11, 2003, at 3:00 P.M.**

All provisions of the original order apply to the new date.

**DONE AND ORDERED** this 7th day of November, 2003 at Miami, Florida.

                                            STEPHEN T. BROWN
                                            U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro-Benages
        All counsel of record