UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER
00-6159-CR-UNGARO-BENAGES
Magistrate Judge Brown

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CARLA KNIGHT,
    Defendant(s).
_____/

### ORDER

**THIS MATTER** is before the Court upon the Government's notice concerning length of hearing (D.E. 76). This Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1) The time for the evidentiary hearing set for Thursday, December 11, 2003 is hereby extended.

2) The hearing shall commence at **2:00 P.M. on Thursday, December 11, 2003 at the United States District Court, 300 N.E. 1st Ave., Courtroom VIII before the undersigned Magistrate Judge.**.

3) Three hours have been reserved for the evidentiary hearing.

4) All provisions of this Court's notice of evidentiary hearing entered on November 7, 2003, remain in full force and effect.

DONE AND ORDERED at Miami, Florida, this 25 day of November, 2003.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Ursula Ungaro-Benages
    all counsel of record

