PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64287



FILED by _____ D.C.
INTAKE

DEC 0 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:00CR06159-001

## AMENDED
## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Carla Knight

Name of Sentencing Judicial Officer: The Honorable Ursula Ungaro-Benages, United States District Judge, Miami, FL

Date of Original Sentence: November 17, 2000

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Access Device Fraud, in violation of Title 18, U.S.C. §1029(a)(5),(b)(2), a Class D felony. |
| Original Sentence: | Three (3) years probation with the following special conditions: (1) The defendant shall provide complete access to financial information including disclosure of all business and personal finances, to the U.S. Probation Officer; (2) The defendant shall maintain full time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documents requested by the U.S. Probation Officer. (3) The defendant shall obtain prior approval from the U.S. Probation Officer before entering into any self employment; (4) The defendant shall participate in a Home Confinement Electronic Monitoring Program for a period of six(6) months; (5) $100 special assessment; and (6) Restitution in the amount of $37,500.00. |

Type of Supervision: Probation      Date Supervision Commenced: November 17, 2000

Assistant U.S. Attorney:
Kathleen Rice
500 E. Broward Boulevard
Seventh Floor
Ft. Lauderdale, FL 33394-3002
(954) 356-7254

Defense Attorney:
Timothy Day
Assistant Federal Public Defender's Office
101 N.E. 3rd Avenue
Ft. Lauderdale, FL 33301-1145
(954) 356-7436

# PETITIONING THE COURT

[ ]    To issue a warrant
[ ]    To issue a summons
[X]    Amend Petition for Warrant for Offender Under Supervision dated August 11, 2003



PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64287

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 30, 2003, in Broward County, Florida, the supervised releasee was arrested by Hollywood Police Department and charged with Grand Theft, contrary to Florida Statue 812.014 (1)(a), 812.014 (1) (b) and 812.014 (2) (a). |
| 2. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about October 1, 2003, Michael J. Satz, State Attorney for the Seventeenth Judicial Circuit in of Florida, as Prosecuting Attorney for the State of Florida in Broward County, charged the supervised releasee with Identity Theft, to wit: possessed or used the identity of Mary L. Davis, contrary to Florida Statue 817.568 (2)(a). |
| 3. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about October 1, 2003, Florida, Michael J. Satz, State Attorney for the Seventeenth Judicial Circuit in of Florida, as Prosecuting Attorney for the State of Florida in Broward County, charged the supervised releasee with Identity Theft, to wit: possessed or used the identity of Gary Berman, contrary to Florida Statue 817.568 (2)(a). |

PROB 12C                                                SD/FL PACTS No. 64287
(SD/FL 9/96)

4.    **Violation of Special Condition**, by failing to satisfy the court-ordered
restitution.   On November 17, 2000, restitution in the amount of
$37,500.00 was ordered by the court and the defendant has failed to satisfy
this financial obligation as ordered.


U.S. Probation Officer Recommendation:

[X]    The term of supervision should be
[ ]    revoked.
[ ]    extended for _ years, for a total term of _ years.
[ ]    The conditions of supervision should be modified as follows:


                              Respectfully submitted,

                        by    L N. George
                              Lennox A. George
                              U.S. Probation Officer
                              Phone: (954) 769-5545
                              Date: November 6, 2003


THE COURT ORDERS:

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision
[X]    Amend Petition for Warrant for Offender Under Supervision dated August 11, 2003


                    Ursula Ungaro-Benages
                    Signature of Judicial Officer

                    11/15/03
                    Date