UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA

v.

CARLA KNIGHT,

        **Defendant.**
_____/

## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE OF HEARING

The United States, through its undersigned Assistant U.S. Attorney, respectfully moves this court to continue the supervised release hearing presently scheduled December 11, 2003, at 2:00 p.m. In support thereof the undersigned submits the following:

1. This matter is set for a supervised release violation hearing Thursday, December 11, 2003, at 2:00 p.m. before Magistrate Judge Brown. The matter is contested and the parties have requested additional time for presentation of evidence, consistent with the local rules.

2. The Assistant U. S. Attorney handling the matter is in trial in Key West, trying a six-defendant hijacking case. Although the AUSA anticipated the trial would have been concluded by the time of this hearing date, it is in fact running longer than anticipated and may not be completed by the time this matter is set.

3. The undersigned offered to do the hearing for that AUSA, but due to the facts of the anticipated hearing it was determined prudent to request the matter to be reset to a later date when the original AUSA is available and it is convenient to the Court and opposing counsel.

4. On this date, the undersigned personally spoke with opposing counsel, who indicated that



based on the circumstances, he had no objection to the granting of this motion.

WHEREFORE, in light of the foregoing facts and circumstances, the United States respectfully requests this matter be continued to a date and time convenient to the court and opposing counsel.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
LUIS M. PEREZ
Assistant United States Attorney
Florida Bar No. 501395
99 N.E. 4th Street
Miami, FL  33132
Telephone Number (305) 961-9428
Fax Number (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed and faxed this 9th day of December, 2003 to Paul M. Korchin, Assistant Federal Public Defender, at The Public Defender's Office, 150 West Flagler Street, Ste. 1700, Miami, FL 33130.

_____
LUIS M. PEREZ
Assistant United States Attorney

2