00-6159.o1

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6159 CR UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLA M. KNIGHT,

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

**This matter** is before this Court on Government's Unopposed Motion for Continuance of Hearing, filed December 9, 2003. The Court has considered the motion and all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**, and the hearing is rescheduled to **Wednesday, January 7, 2004, at 10:00 A.M.**

All provisions of the original order apply to the new date. However, the motion (paragraph 1) suggests that additional time is needed for presentation of the evidence. The Court previously expanded this hearing and has allotted three (3) hours for same. If this paragraph means that

additional time is needed, the parties shall notify the Court, forthwith.

**DONE AND ORDERED** this _11th_ day of December, 2003 at Miami, Florida.

                                                                  _____
                                                                  STEPHEN T. BROWN
                                                                  U.S. MAGISTRATE JUDGE

cc:   Honorable Ursula Ungaro-Benages
       All counsel of record