

2003 DEC 17 PM 3:47

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6159-Cr-Ungaro-Benages/Brown

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARLA KNIGHT,

        Defendant.
_____/

## DEFENDANT'S MOTION FOR CONTINUANCE OF HEARING

The defendant, Carla Knight, through counsel, respectfully moves for a continuance of the supervised release violation evidentiary hearing, and in support thereof states:

1. The supervised release violation evidentiary hearing is scheduled for January 7, 2004.

2. The Defendant is requesting a continuance so the alleged violations, which consist of criminal conduct, can be resolved in state court before an evidentiary hearing is held. The primary violation alleged against the Defendant is that she has been charged with committing grand theft and identity fraud while on supervised release. These charges are contained in an Information which was lodged against her in Broward County Circuit Court, Case No. 03-16849.

3. This court has reserved three (3) hours for the supervised release violation evidentiary hearing. A number of witnesses will have to testify at the hearing and the

court will have to determine whether Ms. Knight did commit these state offenses.

The defense is of the view that the most appropriate way to proceed in this case is to have the state charges resolved before scheduling a supervised release violation evidentiary hearing. If Ms. Knight is convicted in state court there would be no need for a three hour evidentiary hearing. If she is acquitted there, then such a lengthy hearing would also be unnecessary. (The second allegation against Ms. Knight, that she has failed to pay the entire amount of restitution, is a Grade C or technical violation which would not require revocation of supervised release even if she is found guilty of it).

3. Ms. Knight is in custody in this case on a $10,000 corporate surety bond. Should this court agree that the state charges should be resolved before holding an evidentiary hearing, then the Defendant would request that her bond be changed to a personal surety bond with her mother's co-signature. This would permit her to immediately resolve the state charges in Broward County.

4. Undersigned counsel has been unable to ascertain the government's position on this motion. Assistant United States Attorney Harry Wallace was recently in trial in Key West.

WHEREFORE, in light of the foregoing facts and circumstances, the Defendant, Carla Knight, respectfully requests that the supervised release violation evidentiary hearing be rescheduled until after the state charges against her in Case No. 03-16849 are resolved. It is further requested

that Ms. Knight be released on a personal surety bond in this case so that she can proceed directly to Broward County to resolve the state charges pending there.

                                    Respectfully submitted,

                                    KATHLEEN M. WILLIAMS
                                  FEDERAL PUBLIC DEFENDER

BY:   _____
        Paul M. Korchin
        Assistant Federal Public Defender
        Florida Bar No. 203971
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1556
        Tel:  305-530-7000/Fax:  305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon Harry Wallace, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 17 day of December, 2003.

_____
Paul M. Korchin

J:\Knight, Carla M. Reg55343-004\WorkingSubDirectory\Continuance Motion.wpd

3

## FAXBACK SERVICE LIST

Paul M. Korchin, Esq.
Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559
Counsel for Carla Knight


Harry Wallace, Esq.
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9100
Fax:(305)530-7976
Counsel for Government