00-6159.ob

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6159 CR UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLA M. KNIGHT,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR CONTINUANCE

**This matter** is before this Court on Defendant's Motion for Continuance of Hearing, filed December 17, 2003. The Court has considered the motion and all pertinent materials in the file. In addition, a telephone hearing was held and argument of counsel considered.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**, and the hearing is rescheduled to **Wednesday, February 11, 2003, at 10:00 A.M.**

All provisions of the original order apply to the new date.

**DONE AND ORDERED** this 7th day of January, 2004 at Miami, Florida.

                                                      STEPHEN T. BROWN
                                                     U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro-Benages
        All counsel of record