UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6159-Cr-Ungaro-Benages/Brown

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLA KNIGHT,

    Defendant.
_____/



## DEFENDANT'S MOTION FOR REDUCTION OF BOND

    The defendant, Carla Knight, through counsel, respectfully moves for a reduction of bond, and in support thereof states:

    1.    The defendant is charged with violating probation. She was sentenced on November 17, 2000 to three (3) years probation for conspiring to commit access device fraud. Her probation was to end in November 2003.

    2.    The defendant was arrested on July 30, 2003 on a state charge of grand theft brought in Circuit Court in Broward County, Florida. Her mother, Daisy Knight, posted $750.00 on a $7,500 bond which resulted in Ms. Knight's release on the state charges. The states charges were <u>no actioned</u>, but defendant's mother lost the $750.00 that she had paid for the bond.



3. The Federal Probation Department filed a Petition for Warrant alleging that the state charges against the defendant violated her probation. The defendant was arrested on the ensuing federal warrant and she made her initial appearance in federal court on October 3, 2003. The state charges against the defendant were reinstated and are now pending against her in Broward County Circuit Court in Case #03-16849.

4. At the initial appearance, this court set a bond of $10,000 corporate surety with <u>Nebbia</u>.

5. The federal probation violation case is assigned to United States District Judge Ursula Ungaro-Benages and the assigned Magistrate Judge is Honorable Stephen Brown. Judge Ungaro-Benages referred the matter to Magistrate Judge Brown for evidentiary hearing for a determination of whether Ms. Knight has violated probation. Magistrate Judge Brown originally set the hearing for January 7, 2004. The defendant requested a continuance of the evidentiary hearing so that the state charges could be resolved in state court before a determination was made as to whether she had violated probation. Magistrate Judge Brown granted defendant's request for a continuance for that purpose, but Judge Brown directed that this request for bond reduction be addressed to Magistrate Judge Simonton who originally set bond at initial appearance.

6. The defendant is now requesting a reduction of the $10,000 corporate surety bond so that she can appear in state court in Broward County to resolve the charge against her there as contemplated by Judge Brown's decision to continue the federal probation

violation proceedings. The defendant and her family cannot afford the $1,500 premium on the present bond. The defendant's mother has already lost $750.00 which she paid towards that original state bond in July 2003. It appears that if the defendant is released on bond in this federal case, she will probably have to post yet another bond in Broward County if she desires to be out of custody while resolving the state case.

7. The defendant requests that the court reduce her bond to a personal surety bond. Ms. Knight can reside with her mother, Daisy Knight, who owns a home in Broward County, Florida. Defendant's mother is willing to co-sign the bond if the court desires her to do so.

8. Magistrate Judge Brown has determined that it would be appropriate for the state charges against Ms. Knight to be resolved before proceeding with the federal probation violation matter. However, the state charges cannot be resolved as long as Ms. Knight remains in federal custody, unable to post the present $10,000 corporate surety bond. As mentioned, the defendant's mother has already lost $750.00 which she paid in July 2003 when the state charges were originally lodged.

9. In light of the fact that Ms. Knight can reside with her mother in Broward County, the defendant respectfully requests that the court reduce her bond to a personal surety bond so she can appear in Circuit Court in Broward County to resolve the case there.

10. Assistant United States Attorney Harry Wallace advises that the government opposes a reduction of bond.

WHEREFORE, in light of the foregoing facts and circumstances, the defendant, Carla Knight, respectfully requests that the bond in this case be reduced to a personal surety bond.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: *Paul M. Korchin*
Paul M. Korchin
Assistant Federal Public Defender
Florida Bar No. 203971
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon Harry Wallace, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 8 day of January, 2004.

*Paul M. Korchin*
Paul M. Korchin

J:\Knight, Carla M. Reg55343-004\Pleadings\Defs Mot for Reduction of Bond.wpd