UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6159-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLA KNIGHT,

    Defendant.
_____/

FILED by _____ D.C.
JAN 0 9 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## REFERRAL TO MAGISTRATE JUDGE

PURSUANT TO 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate-Judge Andrea M. Simonton to take all necessary and proper action as required by law, with respect to: ***Defendant's Motion for Reduction of Bond (DE 85)***. Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that additional courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge's chambers.

DONE AND ORDERED this _9_ day of January, 2004 at Miami, Florida.

                                   URSULA UNGARO-BENAGES
                                   UNITED STATES DISTRICT COURT JUDGE

cc:    Magistrate Andrea M. Simonton
        all counsel of record

