UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR-Ungaro-Benages

UNITED STATES OF AMERICA,

vs.

Carla Knight

FILED by CM D.C.
MAG. SEC.
JAN 12 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

This cause came before the Court for a hearing on defendant's motion to reduce bond. A bond hearing was held.

Pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: The parties are directed to conduct further research to determine whether the defendant can be transported to the State to face charges without modifying her Federal bond. A further bond hearing is set 1/15/04 at 9:00 AM before the undersigned Magistrate Judge.

**DONE AND ORDERED** at Miami, Florida this 9th day of January, 2004.

TAPE NO: 04-7X3-1666

UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON

c: AUSA
Defense Counsel Paul Korchin - AFPD
Pretrial Services
U.S. Marshal
Clerk for Judge

87