UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6159-Cr- *Ungaro-Benages*

UNITED STATES OF AMERICA,

v.   **ORDER ON BOND MOTION**

*Carla Knight*

_____ This Cause came before the Court upon motion of the (~~defendant~~)(government) to (~~reduce~~)(increase)(modify) the bond. (✓ hearing held ___ no hearing held). Upon consideration, it is
   **ORDERED AND ADJUDGED** as follows:
   ___ The motion is **denied**; bond remains at _____
   ✓ The motion is **granted**; bond is set at:
      ✓ Personal Surety, unsecured, in the amount of $ *100,000* *cosigned by mother & brother*

      ___ Personal Surety in the amount of $ _____
         with 10% posted with Clerk of Court.

      ___ Personal Surety in the amount of $ _____
         secured by the following collateral: _____

      ___ Full Cash in the amount of $ _____

      ___ Corporate Surety in the amount of $ _____

      ___ Full Cash or Corporate Surety in the amount of
         $ _____

In addition to the standard conditions of bond, the following special conditions are hereby imposed: ✗
__ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO ~~PRETRIAL SERVICES~~
__ REPORT TO PRETRIAL SERVICES AS FOLLOWS: ____ AS DIRECTED; ____ WEEKLY IN PERSON; ____ WEEKLY BY PHONE.
__ SUBMIT TO RANDOM URINE TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES FOR THE USE OF NON-
   PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
__ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
__ ELECTRONIC MONITORING TO BE PAID FOR BY        .
__ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: _____

If the bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida, this *15th* day of *January* 2004.
TAPE NO. 04-*FX6-1263*

c:AUSA, ~~Defense~~ *AFPD*, ~~PTS~~ *USPO*
   US Marshal, CRD

UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON

✗ (*See attached conditions of release*)
*Govt. may file motion for reconsideration upon changed circumstances, such as disposition of state case*

DEFENDANT'S NAME: Wandell Knight  55343-004  CASE NO: 00-6159-CR

$ 100,000.00 _____ PERSONAL SURETY BOND  Ungaro-Benag

$ _____ CORPORATE SURETY BOND

$ _____ 10% PERSONAL SURETY BOND; $ _____
                                           deposited in Court
      NEBBIA CONDITION SET:  YES _____    Registry

CO-SIGNORS ON BOND: _____ Knight) mother (Daisy Knight) & brother (Ronnie Knight) _____

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:         USPO

✓ a. Surrender all passports and travel documents, if any, to the ~~Pretrial Services Office~~ and not obtain any travel documents during the pendency of the case;
✓ b. Report to ~~Pretrial Services~~ USPO as follows: ( ) *as directed or* ____ *times in person and* ____ *times by telephone*;
✓ c. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;
✓ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;
___ e. Participate in mental health assessment and/or treatment;
___ f. Participate and undergo a sex offense specific evaluation and treatment;
___ g. Maintain or actively seek full-time employment;
___ h. Maintain or begin an educational program;
✓ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;   *and cosigners*
✓ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;   *+ deft.*
✓ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;
✓ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;
___ m. No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;
___ n. HOME CONFINEMENT PROGRAM  The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will not or
(✓) will include electronic monitoring or other location verification system, paid for by the defendant *based upon his/her ability to pay* ( ) or paid for by ~~Pretrial Services~~ (✓). USPO
  ___ Curfew: You are restricted to your residence every day from _____ to _____, or as directed by the Court.
  ✓ Home Detention: You are restricted to your residence at all times except for: (✓) medical needs or treatment, (✓) court appearances, (✓) attorney visits or court ordered obligations, and ( ) other _____

___ o. HALFWAY HOUSE PLACEMENT  The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
  You are restricted to the halfway house at all times except for: ( ) employment; ( ) education;
  ( ) religious services; ( ) medical, substance abuse, or mental health treatment; ( ) attorney visits;
  ( ) court appearances; ( ) court ordered obligations; ( ) reporting to Pretrial Services; and
  ( ) other _____

___ p. May travel to and from: _____, and must notify Pretrial Services of travel plans before leaving and upon return.
___ q. Comply with the following additional conditions of bond:
_____
_____
_____