**CRIMINAL CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**COURTROOM XI   TIME: 9:00 AM**


FILED by __ D.C.
JAN 15 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

**MAGISTRATE JUDGE ANDREA M. SIMONTON**

Case No. 00-6159-CR-UNGARO-BENAGES   Date JANUARY 15, 2004   END: 9:30

Clerk   CHERLE GUTIERREZ   Tape No. 04-FX 6-1263

Court Reporter N/A

USPO/U~~SPT~~   Interpreter N/A

**UNITED STATES OF AMERICA v. CARLA KNIGHT (J) 55343-004**

AUSA HARRY WALLACE   Defense Counsel PAUL KORCHIN-AFPD

Defendant(s): Present X   Not Present ____   In Custody X

Reason for Hearing: FURTHER BOND HEARING

Result of Hearing: Bond hearing held. AUSA advised the Court of the status of this case. Court sets bond. (see attached) Order to follow.



$ 100,000.00 _____ PERSONAL SURETY BOND

$ _____ CORPORATE SURETY BOND

$ _____ 10% PERSONAL SURETY BOND; $ _____ deposited in Court Registry

NEBBIA CONDITION SET: YES _____

CO-SIGNORS ON BOND: mother (Daisy Knight) + brother (Ronnie Knight)

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to the ~~Pretrial Services Office~~ USPO and not obtain any travel documents during the pendency of the case;
✓ b. Report to ~~Pretrial Services~~ USPO as follows: ( ) *as directed or* ___ *times in person and* ___ *times by telephone*;
✓ c. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;
✓ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;
___ e. Participate in mental health assessment and/or treatment;
___ f. Participate and undergo a sex offense specific evaluation and treatment;
___ g. Maintain or actively seek full-time employment;
___ h. Maintain or begin an educational program;
✓ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel; and cosignors + deft.
✓ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;
✓ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;
✓ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;
___ m. No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;
___ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will not or (✓) will include electronic monitoring or other location verification system, paid for by the defendant *based upon his/her ability to pay* ( ) or paid for by ~~Pretrial Services~~ (✓). USPO
    ___ Curfew: You are restricted to your residence every day from _____ to _____, or as directed by the Court.
    ✓ Home Detention: You are restricted to your residence at all times except for: (✓) medical needs or treatment, (✓) court appearances, (✓) attorney visits or court ordered obligations, and ( ) other _____.

___ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
    You are restricted to the halfway house at all times except for: ( ) employment; ( ) education; ( ) religious services; ( ) medical, substance abuse, or mental health treatment; ( ) attorney visits; ( ) court appearances; ( ) court ordered obligations; ( ) reporting to Pretrial Services; and ( ) other _____.

___ p. May travel to and from: _____, and must notify Pretrial Services of travel plans before leaving and upon return.
___ q. Comply with the following additional conditions of bond: _____