UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6159-Cr-Ungaro-Benages/Brown

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CARLA KNIGHT,
    Defendant.
_____/

### DEFENDANT'S MOTION FOR CONTINUANCE OF SUPERVISED RELEASE VIOLATION EVIDENTIARY HEARING

The defendant, Carla Knight, through counsel, respectfully moves for a continuance of the Supervised Release Violation Evidentiary Hearing, and in support thereof states:

1. The evidentiary hearing is presently scheduled for February 11, 2004. The court has set aside three (3) hours for the hearing.

2. As the court is aware, the allegations against the defendant in the present case form the basis for state charges brought against her in Broward County Circuit Court. The defendant has requested that this court address the supervised release allegations after the state case has been resolved. Progress is being made toward resolution of the state case. United States Magistrate Judge Andrea Simonton reduced defendant's bond in the present case to a personal surety bond so that she



could go to Broward County to resolve the state case. The defendant was released on bond in the state case on January 27, 2004. The defendant has retained private counsel in the state case. Trial in that case is presently scheduled for late February, 2004. The defendant's attorney in the state case believes that he will have received the discovery material in approximately three to four weeks from now, i.e., around the end of February or early March. This will necessitate a brief continuance of the trial date. The attorney believes that he will be prepared for trial in about 30 to 45 days after receipt of discovery; i.e., around mid-April.

3. The defense respectfully requests that the court schedule either an evidentiary hearing or status conference in mid-April 2004.

WHEREFORE, in light of the foregoing facts and circumstances, the defendant, Carla Knight, respectfully requests that the evidentiary hearing be continued and that the hearing or a status conference be scheduled in mid-April 2004.

          Respectfully submitted,

          KATHLEEN M. WILLIAMS
          FEDERAL PUBLIC DEFENDER

BY: *Paul M. Korchin* (signature)
          Paul M. Korchin
          Assistant Federal Public Defender
          Florida Bar No. 203971
          150 West Flagler Street
          Suite 1700
          Miami, Florida 33130-1556
          Tel: 305-530-7000/Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon Harry Wallace, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 4 day of February, 2004.

_____
Paul M. Korchin

J:\Knight, Carla M. Reg55343-004\Pleadings\Defs Mot for Cont. of Sup Rel. Viol.wpd