00-6159.oc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6159 CR UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLA M. KNIGHT,

    Defendant.
_____/

### ORDER RE: MOTION FOR CONTINUANCE

**This matter** is before this Court on Defendant's Motion for Continuance of Supervised Release Violation Evidentiary Hearing, filed February 4, 2004. The Court has considered the motion and all pertinent materials in the file. This hearing has been postponed several times at the request of the government, and at the request of the defendant.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**, and the hearing is rescheduled to **Friday, May 7, 2004, at 10:00 A.M. NO FURTHER CONTINUANCES WILL BE GRANTED ABSENT EXTREMELY GOOD CAUSE SHOWN.**

All provisions of the original order apply to the new date.

**DONE AND ORDERED** this 9th day of February, 2004 at Miami, Florida.

                                        STEPHEN T. BROWN
                                        U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro-Benages
       All counsel of record