UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6159-Cr-Ungaro-Benages/Brown



UNITED STATES OF AMERICA,
    Plaintiff,

v.

CARLA KNIGHT,
    Defendant.
_____/

## DEFENDANT'S MOTION FOR MODIFICATION OF BOND

The defendant, Carla Knight, through counsel, respectfully moves for modification of the bond, and in support thereof states:

1. On January 15, 2004 this court reduced defendant's bond to a $100,000 personal surety bond co-signed by the defendant's mother and brother. The court set this bond so that the defendant could appear in Broward County Circuit Court to resolve state charges that allegedly constitute violations of her federal supervised release.

2. Upon her appearance in Broward Circuit Court, the defendant and her family retained private counsel and she was released on state bond on January 27, 2004.

3. The defendant has been arraigned on the state charges and her attorney believes that trial will take place in late April 2004.



4. Based on the progress of the state case, United States Magistrate Judge Stephen T. Brown has scheduled the supervised release violation hearing for May 7, 2004, to allow the state charges to be resolved before the supervised release violation proceedings commence.

5. The bond set by this court has a home confinement condition that includes electronic monitoring and home detention that restricts the defendant to her residence except for medical treatment, court appearances and attorney visits.

6. In light of the fact that the defendant has been released on bond in the state case, the state trial will not take place until late April, 2004 and the federal supervised release proceedings will be in May 2004, the defendant is requesting that the home detention component of the bond be modified so that she can be employed while her cases are pending. Ms. Knight has been offered a job at Pro2j's Realty, 4611 S.W. 22nd Street, Hollywood, Florida, 33023 (754/423-9658). The defendant would have no involvement in the financial dealings of the firm. The owner of the firm, Mr. Jimmere Mills, Sr. has offered the defendant this employment. This employment would permit the defendant to support herself and her two minor children and help defray legal expenses in the state case. If the court deems it necessary, a curfew could be imposed as a condition of bond as well as telephone reporting to pretrial services. The defendant would be working Monday through

2

Friday from 8:30 a.m. to as late as 7:00 p.m.

7.   An effort to contact Assistant United States Attorney Harry Wallace was unsuccessful because he is in trial.

WHEREFORE, in light of the foregoing facts and circumstances, the defendant, Carla Knight, respectfully requests that the conditions of her bond be modified so that she can leave her home to be employed.

> Respectfully submitted,
>
> KATHLEEN M. WILLIAMS
> FEDERAL PUBLIC DEFENDER
>
> BY: _____
> Paul M. Korchin
> Assistant Federal Public Defender
> Florida Bar No. 203971
> 150 West Flagler Street
> Suite 1700
> Miami, Florida 33130-1556
> Tel:  305-530-7000/Fax:  305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon Harry Wallace, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this ___ day of February, 2004.

_____
Paul M. Korchin

J:\Knight, Carla M. Reg55343-004\Pleadings\Defs Mot for Mod of Bond.wpd