UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLA KNIGHT,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR MODIFICATION OF BOND

This matter is before the Court on Defendant Carla Knight's Motion to Modify Conditions of Bond (filed 2/13/04). The government having no objection to the motion and the court being otherwise fully advised in the premises, the motion is hereby **GRANTED**.

The home confinement condition that includes electronic monitoring and home detention is hereby removed as a condition of defendant's bond. In lieu of home confinement, the Defendant shall report to pretrial services as directed by her pretrial services officer. In addition, the Defendant shall maintain verifiable employment. All other conditions of the bond shall remain as originally ordered.

**DONE AND ORDERED** in Miami, Florida, this 13th day of February, 2004.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
AUSA Harry C. Wallace, Jr. Esq.               Paul M. Korchin, Esq.
    Facsimile #305- 530-7976                         Facsimile #305-530-7120
    (Counsel for Plaintiff)                                 (Attorney for Defendant)