UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6159-Cr-Ungaro-Benages/Brown

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CARLA KNIGHT,
    Defendant.
_____/

## DEFENDANT'S SUPPLEMENT TO MOTION FOR MODIFICATION OF BOND

The defendant, Carla Knight, through counsel, respectfully files the following supplement to her motion for modification of bond:

1. Subsequent to filing the motion for modification of bond, Assistant United States Attorney Harry Wallace informed undersigned counsel that the government has no objection to the modification of bond as requested by the Defendant.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

BY: _____
    Paul M. Korchin
    Assistant Federal Public Defender
    Florida Bar No. 203971
    150 West Flagler Street
    Suite 1700
    Miami, Florida 33130-1556
    Tel: 305-530-7000/Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon Harry Wallace, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, the 13th day of February, 2004.

*Paul M. Korchin*
Paul M. Korchin