UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6159-Cr-Ungaro-Benages/Brown

UNITED STATES OF AMERICA,
            Plaintiff,

v.

CARLA KNIGHT,
            Defendant.
_____/



### DEFENDANT'S MOTION FOR CONTINUANCE
### DUE TO COUNSEL'S PERSONAL CIRCUMSTANCES

The defendant, Carla Knight, through counsel, respectfully moves for a continuance of the supervised release evidentiary hearing due to defense counsel's personal circumstances, and in support thereof states:

1.      The supervised release evidentiary hearing is scheduled for May 7, 2004 at 10:00 a.m.

2.      Defense counsel's personal circumstances make it virtually impossible for him to be in court on May 7, 2004. Counsel's son attends college in New Haven, Connecticut. Counsel has just learned that his son's last final exam of the year is on May 7 and his son has to move out of his college residence on that date. Counsel must fly to Hartford, Connecticut the evening of May 6, rent a truck at the airport in Hartford, drive to New Haven and help his son move all of his belongings and



furniture out of his residence on May 7 for transfer to another residence in New Haven. Counsel is also needed in New Haven on May 7 to assist his son in completing lease and financial arrangements for his move to a new residence there.

3.    Counsel will be returning to Miami on Monday, May 10, 2004.

4.    There may not be a need for an evidentiary hearing in this case because the state charges against the defendant which comprise the alleged supervised release violations may be resolved before May 7.

WHEREFORE, in light of the foregoing facts and circumstances, the defendant, Carla Knight, respectfully requests that the evidentiary hearing in this case be continued to another date that is convenient to the court.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _Paul M. Korchin_____

Paul M. Korchin
Assistant Federal Public Defender
Florida Bar No. 203971
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been served via U.S. Mail upon Harry Wallace, Assistant United States Attorney,

United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this

_12_ day of April, 2004.

Paul M. Korchin

J:\Knight, Carla M. Reg55343-004\Pleadings\Def's Mot for Cont due to Def Counsel Circum.wpd

3