UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6159-CR-UNGARO-BENAGES
Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

CARLA KNIGHT,

    Defendant(s).
_____/

## ORDER GRANTING MOTION TO CONTINUE

**THIS MATTER** is before the Court upon the defendant's motion to continue (D.E. 96). This Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. The evidentiary hearing is hereby reset for **Tuesday, May 18, 2004 at 10:00 A.M. at the United States District Court, 301 N.E. 1st Ave., Miami, Florida, Courtroom VIII.**

The Court parties shall comply with this Court's notice of evidentiary hearing entered on November 7, 2003.

**DONE AND ORDERED** this 22nd day of April, 2004, at Miami, Florida.

                                          STEPHEN T. BROWN
                                          U.S. MAGISTRATE JUDGE

cc: Honorable Ursula Ungaro-Benages
    All counsel of record

