**Calendar List**                                      **5/18/2004**                                      **Stbsched.OR6**

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

April 2004 / May 2004 / June 2004

tape no.
048 - 29 - 117

⏱ **Calendar**

| Start | End | Category | Description |
|---|---|---|---|
| **18** May 2004 | 10:00 AM   10:20 a.m. | 3:00 PM | | USA v. Carla M. Knight 00-6159-CR-UUB Evid Hrg/Viol/Supervised Release (3 hrs) |

USA — Harry Wallace, AUSA

Deft — Paul Korchin, AFPD

Hrg did not take place.

Matter r/s to 5/24/04 @ 10:00 a.m.

The Court heard brief argument

in re the status of the

State case

Deputy Clerk, Stephanie A. Lee