UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR-UNGARO-BENAGES
Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

CARLA KNIGHT,

    Defendant(s).
_____/



## ORDER

**THIS MATTER** is before the Court *sua sponte*.

The evidentiary hearing in this cause upon violation of supervised release is hereby reset to **Monday, May 24, 2004 at 10:00 A.M., at the United States District Court, 300 N.E. 1st Ave., Miami, Florida, Courtroom VIII, before Magistrate Judge Stephen T. Brown.**

The Court has reserved three hours for this evidentiary hearing.

The parties shall comply with this Court's notice of evidentiary hearing entered on November 7, 2003.

DONE AND ORDERED this 18th day of May, 2004, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro-Benages
       all counsel of record

99A