UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6159-Cr-Ungaro-Benages/Brown

UNITED STATES OF AMERICA,

   Plaintiff,

v.

CARLA KNIGHT,

   Defendant.
_____/

**DEFENDANT'S FINAL REQUEST FOR**
**CONTINUANCE OF SUPERVISED**
**RELEASE EVIDENTIARY HEARING**

  The defendant, Carla Knight, through counsel, respectfully files this final request for continuance of supervised release evidentiary hearing, and in support thereof states:

  1. The hearing is scheduled for May 24, 2004 at 10:00 a.m.

  2. As the court is aware, Ms. Knight has a case pending in state court involving the alleged supervised release violations in this case.

  3. Defense counsel has advised the court that if Ms. Knight is convicted in state court, she will not contest the alleged violations in this case.



4.   Ms. Knight is vigorously contesting the state charges. She intends to go to jury trial in that case. The state case involves a rather complicated fraud charge. There will be a number of witnesses who will testify in that state trial. Ms. Knight might testify in her own defense in the state trial. Ms. Knight may present documentary evidence in her defense at the state trial. On the other hand, the government has explained that, in the federal case, it intends to call just four witnesses at the supervised release hearing and that it's burden of proof is much lower in the federal proceeding. Ms. Knight would not testify in her own defense at the federal hearing and will not present any documentary evidence in her defense at the federal hearing, because to do so could prejudice her defense in the state trial.

5.   Under these circumstances, the defense believes that it would be more fair and appropriate to let the state case get resolved before proceeding with the federal matter, as long as this can be accomplished in a reasonable amount of time. Defense counsel is fully aware that several months have already passed without the state case being resolved. However, in light of the fact that Ms. Knight desires to vigorously defend the state case, it is respectfully requested that the court grant one last continuance of the federal hearing to permit the state case to be resolved.

6.   This court is aware that defense counsel does not make this request in every case in which state charges are pending against a defendant charged with

violating supervised release. In fact, undersigned counsel participated in two supervised release evidentiary hearings this week involving clients who also had state charges pending that have not yet been resolved. (*United States v. Dave Williams and United States v. Lania Murphy*). Those cases are different from the present one. In those cases the defendants were not vigorously defending their state cases, the evidence against them was not complicated and, basically, not contested. In those cases, the defense was fully prepared to have the federal supervised release matter be resolved even though there was a state charge pending against the defendant. Ms. Knight's case is totally different from those others and because it is so different, the defense respectfully requests that the court grant one more chance for the state case to go to trial before the present case is resolved.

7. The defense respectfully requests that the court choose a reasonable period of time to allow the state case to be resolved. The defense respectfully suggests that the court set off the present case for 90 days for that purpose. If the state case is not resolved within that period of time, then there will be no further continuances and this case would have to proceed regardless of the status of the state case.

8. Assistant United States Attorney Harry Wallace advises that since the standard of proof in the federal proceeding is lower than in the state trial and he can

satisfy that standard by calling only four witnesses, he would prefer that the hearing proceed on May 24, 2004 as scheduled.

WHEREFORE, in light of the foregoing facts and circumstances, the defendant, Carla Knight, respectfully requests that the supervised release evidentiary hearing be continued, one last time, for 90 days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _____
Paul M. Korchin
Assistant Federal Public Defender
Florida Bar No. 203971
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon Harry Wallace, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 19 day of May, 2004.

_____
Paul M. Korchin

J:\Knight, Carla M. Reg55343-004\Pleadings\Defs Final Request for Sup Rel Evid. Hrg.wpd