CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**MAGISTRATE JUDGE   STEPHEN T. BROWN   COURTROOM VIII**

Case No. __00-6159-CR-UNGARO-BENAGES__   Date __5/24/04__

Clerk __P. MITCHELL__   Time: __10AM__

Court Reporter _____ Interpreter _____

UNITED STATES OF AMERICA v. __CARLA KNIGHT__

AUSA __HARRY WALLACE__   Defense Atty. __PAUL KORCHIN__

Defendant(s): Present __X__ Not Present ____ In Custody ____

Reason for Hearing: __EVIDENTIARY HEARING ON SUPERVISED RELEASE VIOLATION__

Result of Hearing: Testimony taken, exhibits received. Testimony of Dr. Berman set for 5/25/04 @ 10am. Parties to appear before the court on Friday 3pm via telephonically re: Deposition of Mary Davis.

Case Continued to: _____ Time _____ For _____

