**Daily Page**  Tuesday, May 25, 2004  Stbsched.OR6

Criminal Minutes

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE





telecon –
not recorded

**25  Tuesday**

4:00 PM - 5:00 PM   USA v. Carla M. Knight
00-6159-CR-UUB -
t/c re Contd. Hearing

Set continued hrg. for Thurs. 10 am
depo of Davis Friday @ 11 AM

102/WC

Deputy Clerk, Stephanie A. Lee

© 2004 Lotus Development Corp.   5/25/2004 at 11:06 AM   Page 1