*CRIMINAL MINUTES/CALENDAR*
*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

**MAGISTRATE JUDGE   STEPHEN T. BROWN   COURTROOM VIII**

Case No. __00-6159-CR-UNGARO-BENAGES__   Date __5/24/04__

Clerk __P. MITCHELL__   Time: __10AM — 12:15 p.m., 3:00 p.m. —__

Court Reporter __Joseph Millikan__   Interpreter __none__

UNITED STATES OF AMERICA v. __CARLA KNIGHT__

AUSA __HARRY WALLACE__   Defense Atty. __PAUL KORCHIN__

Defendant(s): Present __X__   Not Present _____   In Custody _____

Reason for Hearing: __EVIDENTIARY HEARING ON SUPERVISED RELEASE VIOLATION__

Result of Hearing: __Testimony taken__

Case Continued to: __5/25/04__   Time __10:00 a.m.__   For __Continued evidentiary hrg.__