AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Florida__

USA

v.

Carla Knight

**EXHIBIT AND WITNESS LIST**

Case Number: 00-6159-cr-UUB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brown | Harry Wallace | Paul Korchin |
| TRIAL DATE(S) Hearing Sup. Release Violation | COURT REPORTER See minutes | COURTROOM DEPUTY P. Mitchell, Stephanie A. Lee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 5/24 | | | Lennox George Prob. Officer sworn |
| x | | " | 1 | x | Copy Payment History re: Restitution |
| | x | " | 1 | x | Composite Settlement Statements re: Homes |
| x | | " | | | Lenworth Garrick sworn |
| x | | " | | | Joseph Panico, sworn |
| x | | " | 6 | x | Contract between Mr. Berman & Knight |
| x | | 5/25 | | | Gary Berman, Dr. of Optometry, direct, cross |
| 1 | | 5/25 | x | x | Merrill Lynch Individual Investor Acct Stmt |
| 2 | | 5/25 | x | x | Preliminary mortgage Commitment - Yale |
| 8a | | 5/25 | x | x | First Union Check Account Statement |
| 8b | | 5/25 | x | x | |
| 8c | | 5/25 | x | x | |
| 8d | | 5/25 | x | x | |
| 3 | | 5/25 | x | x | Merchants Association Credit Bureau Check |
| | x | 5/27 | | | Lenworth Garrick, direct, cross |
| | x | 5/27 | | | Cierra Wright daughter of deft |
| | x | 5/27 | | | Keisha Holmes, Esq., direct, cross, re-direct |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages