UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-6159-CR-UNGARO-BENAGES
Magistrate Judge Brown

UNITED STATES OF AMERICA

vs.

CARLA KNIGHT,

       Defendant.
_____/



### GOVERNMENT'S MEMORANDUM OF LAW REGARDING THE ELEMENTS OF IDENTITY THEFT PURSUANT TO FLA. STAT. CH. 817.568(2)(a)

THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney (AUSA), hereby files this memorandum of law pursuant to this Court's *ore tenus* order that was issued on May 27, 2004, at the conclusion of the last hearing on the government's motion to revoke the supervised release of Carla Knight. Accordingly, the government submits the following:

Violations 2 and 3 of the amended petition allege that on October 1, 2003, Carla Knight was charged with identity theft by the State of Florida because she had "possessed or used the identity" of Mary L. Davis and Gary Berman, respectively, in violation of Fla. Stat. ch 817.568(2)(a). At the time of the aforementioned hearing, the deposition of Mary L. Davis had not yet been taken. However, Gary Berman, Lenworth Garrick, Joseph Pannico and U.S. Probation Officer Lennox George all had testified on behalf of the government. In addition, the defense had called as its witnesses Carla Knight's daughter, Cierra Wright, and recalled Lenworth Garrick.

At the conclusion of the hearing, this Court stated that while the government had introduced evidence of Knight's use of Ms. Knight's and Mr. Berman's identity, the Court had not seen any

evidence of how Knight had acquired the victims' personal identification information. To this end, the Court ordered the parties to submit a memorandum of law on whether the government must prove this fact.

Florida statute 817.568(2)(a) reads, in pertinent part, "Any person who willfully and without authorization fraudulently *uses, or possesses with intent to fraudulently use*, personal identification information concerning an individual *without first obtaining that individual's consent*, commits the offense of fraudulent use of personal identification information, which is a felony of the third degree." Fla. Stat. ch. 817.568(2)(a)(emphasis added). The statute also defines the term "personal identification information" as any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including a name, social security number or date of birth. Fla. Stat. ch. 817.568(1)(f)1. Nowhere does the statute contain any language requiring that the prosecution to prove *how* the defendant obtained or procured the victim's personal identification information.

This absence of such an element from the express language of the statute explains why the undersigned AUSA was unable to locate any cases that had directly addressed this Court's concern.

### Conclusion

WHEREFORE, the government respectfully submits that it need not prove how defendant Carla Knight obtained the personal identification information of Mary L. Davis and Gary Berman. The plain language of the statute mandates only that the government prove that Knight used or

2

possessed such information with the intent to use it, that she did not obtain prior authorization for the victims, and that she acted willfully.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
HARRY C. WALLACE, JR.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 623946
99 NE 4th St.
Miami, FL 33132
Tel: (305) 961-9302
Fax: (305) 530-7976

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by facsimile and United States mail on June 4, 2004, to Paul Korchin, Esq., Assistant Federal Public Defender, 150 W. Flagler Street, Suite 1700, Miami, Florida 33130.

_____
Harry C. Wallace, Jr.
Assistant United States Attorney