Criminal Minutes

| Calendar List | 1/6/2004 | Stbsched.OR6 |

**STEPHEN T. BROWN**
**UNITED STATES MAGISTRATE JUDGE**

  

telecon - not recorded

### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **6 Jan 2004** 2:00 PM | 2:15 PM | | telecon in USA v. Carla Knight 00-6159-CR-UUB M/cont (15 mins) |

discussed continuing hrg — granted
bond — sent ∆ to Simonton

Wed 2/11 10 AM

Deputy Clerk, Stephanie A. Lee

107/wc