| Calendar List | 5/25/2004 | Stbsched.OR6 |

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

Court Reporter -
Joe Millikan -
ASG

**Calendar**

| Start | End | Category | Description |
|---|---|---|---|
| 25 May 2004 10:00 AM | 11:00 AM | | USA v. Carla M. Knight<br>00-6159-CR-UUB - Contd. Hearing |

USA - Harry Wallace

Deft - Paul Korchin

USPO - Lennox George

---

Hrg held. The Court admitted exhibits (U.S.) over defense's objections. Telecon set for today @ 4:00 p.m. Court set hrg for Fri, May 28, 2004 in re status of Davis deposition. The Court clarified Bond conditions relating to reporting to USPO. The Defendant was directed

---

Deputy Clerk, Stephanie A Lee

**Calendar List**  5/25/2004  Stbsched.OR6

  

### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **25** May 2004 10:00 AM | 11:00 AM | | USA v. Carla M. Knight<br>00-6159-CR-UUB - Contd. Hearing |

to report to U.S.P.O. The Deft was also directed not to have any contact w/witnesses except thru csl.