| Calendar List | 5/27/2004 | Stbsched.OR6 |

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

April 2004 / May 2004 / June 2004

tape no.
04D -31-700,
32-1

⚙ **Calendar**

| | Start | End | Category | Description |
|---|---|---|---|---|
| **27** May 2004 | 10:00 AM | 11:00 AM | | USA v. Carla M. Knight 00-6159-CR-UUB - Contd. Hearing |

11:20 a.m.

USA - Harry Wallace, AUSA

Deft - Paul Korchin, AFPD

USPO - Lennox George

Htg held. No further rebuttal testimony other than the depo of Mary Davis. The Court considered each violation at the conclusion of the hearing. Memo of Law as to violations 1-3 due 6/4/04, not to exceed 5 pages. The Court will deal with violation number 4 separately.

Deputy Clerk, Stephanie A. Lee