```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
 3              Case 00-6159-CR-UNGARO-BENAGES
 4
    THE UNITED STATES OF AMERICA,
 5
                 Plaintiff,
 6                                              MIAMI, FLORIDA
       vs.
 7                                              MAY 24, 2004
    CARLA KNIGHT,
 8                                              (Pages 1 - 136)
                 Defendant.
 9   _____
10
11         TRANSCRIPT OF VIOLATION OF SUPERVISED RELEASE
             BEFORE THE HONORABLE STEPHEN T. BROWN,
12                UNITED STATES MAGISTRATE JUDGE
13  APPEARANCES:
14  FOR THE GOVERNMENT:       HARRY C. WALLACE, A.U.S.A.
                              99 N.E. 4th Street
15                            Miami, FL  33132        305/961-9302
16
17  FOR THE DEFENDANT:        PAUL KORCHIN, A.F.P.D.
                              Federal Public Defender's Office
                              150 West Flagler Street
18                            Miami, FL  33130        305/536-7000
19                                              (Fax) 305/530-7120
20
    REPORTED BY:              JOSEPH A. MILLIKAN, RPR-CM-NSC-FCRSC
21                            Official United States Court Reporter
                              Federally Certified Realtime Reporter
22                            Federal Courthouse Square, Ste. 1004
                              301 North Miami Avenue
23                            Miami, FL  33128-7792   305/523-5588
                                              (Fax) 305/523-5589
24                            email:  jamillikan@aol.com
25
```