```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                   CASE 00-6159-CR-UNGARO-BENAGES

THE UNITED STATES OF AMERICA,

          Plaintiff,
                                              MIAMI, FLORIDA
    vs.
                                              MAY 25, 2004
CARLA KNIGHT,
                                              (Pages 1 - 33)
          Defendant.
_____

          TRANSCRIPT OF VIOLATION OF SUPERVISED RELEASE
            BEFORE THE HONORABLE STEPHEN T. BROWN,
                 UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:       HARRY C. WALLACE, A.U.S.A.
                          99 N.E. 4th Street
                          Miami, FL  33132        305/961-9302


FOR THE DEFENDANT:        PAUL KORCHIN, A.F.P.D.
                          Federal Public Defender's Office
                          150 West Flagler Street
                          Miami, FL  33130        305/536-7000
                                            (Fax) 305/530-7120


REPORTED BY:              JOSEPH A. MILLIKAN, RPR-CM-NSC-FCRSC
                          Official United States Court Reporter
                          Federally Certified Realtime Reporter
                          Federal Courthouse Square, Ste. 1004
                          301 North Miami Avenue
                          Miami, FL  33128-7792   305/523-5588
                                            (Fax) 305/523-5589
                          email:  jamillikan@aol.com
```