...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by _____ D.C.
CT. REP.
JUL 07 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THE UNITED STATES OF AMERICA,

                Case No. 00-6159-Cr-UNGARGO-BENAGES

    Plaintiff,

vs.                        MIAMI, FLORIDA
                          MAY 27, 2004

CARLA KNIGHT,

    Defendant.

---

TRANSCRIPT OF EVIDENTIARY HEARING
BEFORE THE HONORABLE STEPHEN T. BROWN,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    BY: HARRY C. WALLACE, A.U.S.A.
    *United States Attorney's Office*
    99 N.E. 4th Street
    Miami, FL  33132

FOR THE DEFENDANT:

    BY: PAUL KORCHIN, A.F.P.D.
    *Federal Public Defender's Office*
    150 West Flagler Street
    Miami, FL  33130 - 305/536-6900

REPORTED BY:    JERALD M. MEYERS, RPR-CM
                  Miami, FL  33128-7797

STENOGRAPHICALLY REPORTED COMPUTERIZED TRANS...