UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6159-Cr-Ungaro-Benages/Brown

UNITED STATES OF AMERICA,
Plaintiff,

v.

CARLA KNIGHT,
Defendant.
_____/

**NIGHT BOX FILED**

JC JUL 2 9 2004

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE APPEAL FROM MAGISTRATE'S REPORT AND RECOMMENDATION

The defendant, Carla Knight, through counsel, respectfully requests an extension of time to file an appeal from the Magistrate's Report and Recommendation, and in support thereof states:

1. U.S. Magistrate Judge Stephen T. Brown issued a Report and Recommendation re: Violation of Supervised Release on July 20, 2004. Any appeal is due by July 30, 2004.

2. Defense counsel did not receive the Report and Recommendation until Monday, July 26, 2004 because it was received by the Federal Public Defender's Office while counsel was on annual leave.

3. Defense counsel cannot complete the appeal in the available time frame between July 26 and July 30, 2004.



4. Defense counsel needs to review a transcript of the evidentiary hearing to determine whether an appeal will be filed. Defense counsel is in the process of ordering the transcript at this time.

5. Defense counsel should be able to order the transcript, review it and prepare an appeal by August 20, 2004.

WHEREFORE, in light of the foregoing facts and circumstances, the defendant, Carla Knight, respectfully requests an extension of time until August 20, 2004, to file an appeal from the Magistrate's Report and Recommendation.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: *Paul M. Korchin*
Paul M. Korchin
Assistant Federal Public Defender
Florida Bar No. 203971
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon Harry Wallace, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 30 day of July, 2004.

_Paul M. Korchin_
Paul M. Korchin

J:\Knight, Carla M. Reg55343-004\Pleadings\Defs Req. for Ext of Time.wpd