UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6159-Cr-Ungaro-Benages/Brown



UNITED STATES OF AMERICA,
    Plaintiff,

v.

CARLA KNIGHT,
    Defendant.
_____/

## ORDER GRANTING EXTENSION OF TIME TO FILE APPEAL FROM MAGISTRATE'S REPORT AND RECOMMENDATION

This matter has come before the court on Defendant, Carla Knight's, motion for extension of time to file an appeal from the Magistrate's Report and Recommendation re: Violate of Supervised Release. The court being fully advised in the premises, the defendant's motion is hereby **GRANTED**.

The defendant shall have until August 20, 2004 to file an appeal from the Magistrate's Report and Recommendation.

Done and Ordered in Chambers at Miami, Florida, this 30 day of July, 2004.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc:  Paul M. Korchin, AFPD
      Harry Wallace, AUSA