UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6159-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

v.

CARLA M. KNIGHT,
    Defendant.
_____/

FILED by _____ D.C.

AUG 0 6 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA · MIAMI

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the United States's petition to revoke Defendant's supervised relief.

THE MATTER was referred to United States Magistrate Judge Stephen T. Brown.  A report was issued on July 20, 2004, recommending that the petition be granted because a preponderance of the evidence demonstrated that Defendant was guilty of identity theft and failure to pay the $37,500 she was obliged to pay in restitution.  Petitioner has not filed timely objections to the report and is now barred from attacking on appeal the factual findings contained therein. *LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988).  The matter is ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that United States Magistrate Judge Brown's Report and Recommendation Re: Violation of Supervised Relief of July 20, 2004, is RATIFIED, AFFIRMED and ADOPTED. It is further

ORDERED AND ADJUDGED that, for the reasons set forth in the Magistrate Judge's report, the Government's petition to revoke Defendant's supervised relief is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _6_ day of August, 2004.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
United States Magistrate Judge Brown
counsel of record