*Copy For Judge* (struck through)

August 24, 2004

Judge Ungaro-Benages
301 N. Miami Ave Court Rm 11
Miami, FL 33130

Re: United States v. Carla Knight
    Case No. 00-6159-Cr-Ungaro-Benages

   Defendant's request for New Counsel

I am requesting new counsel on the grounds of ineffectual counsel. I find myself in what I believe to be a precarious position, due to the fact that a ruleing had been made on my case and I was not notifyied by my attorney (via mail) until nine days later. I contacted Mr. Korchin on receipt of the letter and he informed me that he also had just recieved the ruleing and would be fileing a motion for more time to submit my appeal. Also I addressed the fact that in the ruleing of Magestrite Brown, he stated that he made his ruleing without benefit of a deposition of one of the governments witnesse's, because it was not provided to him in time, although he requested it. Mr. Korchin said he

would cover it in the appeal.

Days later I spoke to Mr. Korchin again in refereance to these matters and he told me that his motion was granted and he was waiting on the transcripts from the hearing to proceede with the appeal, he also said he would mail me a copy of the transcripts/depositions once he recieved them. I recieved a copy of the transcripts on August 15, 2004, they were post marked August 13, 2004. I recieved a letter from Mr. Korchin on August 21, 2004 stateing that he was not going to file an appeal when I spoke to him on the phone Mon. August 23, 2004. He was very evasive and not forthcoming. When I questioned him about Magestrit Judge Brown's statement that he did not have Mary Davis deposition nor the rule of law asertaining to the validity of this case, because as my attorney it was his job to make sure Magistrate Brown had these things. Mr. Korchin had no answers for me. All he said was I only score out for 4-10 mths. As if to say it is not a big deal, however it is a very big deal to me, I am completely helpless, I am

not an attorney, I can not give rule of law, to the judge or make sure he recieves all the information and make motions in a timely fashion, although I wish I could because my life depends on it. I thought my attorney would do all these things for me, because he is an officer of the court. But for some inexplicable reason my attorney can not do these things ethier.

So I am asking the court to allow me new counsel to somehow finish the job Mr. Korchin started and for lack of a better term is unable or unwilling to finish.

Respectfully

Carla Right

P.S.
Upon calling the judges clerk on August 24, 2004, approximately 9:20 a.m. I spoke to the clerk, because I wanted to mail and fax this letter to the Judge.
During this phone call I learned that the time given by the Judge for my appeal had lapsed on August 20, 2004. Mr. Korchin never informed me of this Also his letter stateing he would not appeal is dated August 19, 2004 and post marked Aug. 20.

00-6159

*Copy for Judge*

This leaves me woundering, If Mr. Korchin was not going to file my appeal, why didn't he just say that in the beginning. Instead of filing a motion to the court asking for more time, all the time knowing time was of the essence and then once the motion was granted he did absolutely nothing. And on the last day of my extention he sand bags me (via a letter) no phone call nothing.

I feel this was very mean spirited and deliberate. Which is sad because I have been victomised by my own attorney, because he knows his actions may irrevocably effect me. He may go home and enjoy his family. I might have to go to jail.