UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6159-CR-UNGARO-BENAGES
Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

CARLA KNIGHT,

    Defendant(s)
_____/

## NOTICE OF HEARING

**THIS MATTER** is before the Court upon the defendant's letter request for new counsel filed on August 26, 2004  This Court being otherwise fully advised in the premises, it is hereby, ORDERED AND ADJUDGED that a hearing take place upon the aforementioned motion on **Wednesday, September 22, 2004 at 3:00 P.M., at the United States District Court, 300 N.E. 1st Ave., Miami, Florida, Courtroom VIII.**

The Court has reserved thirty minutes for this hearing

Done and Ordered this 21st day of September, 2004, at Miami, Florida

                                            STEPHEN T. BROWN
                                            U. S. MAGISTRATE JUDGE

cc  Honorable Ursula Ungaro Benages
    Paul Korchin, AFPD
    Harry Wallace, AUSA

