Criminal Minutes

**Calendar List** — 9/22/2004 — Stbsched.OR6

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

tape no. 04D-50-430

**Calendar**

| Start | End | Category | Description |
|---|---|---|---|
| 22 Sep 2004 3:00 PM (3:15 pm) | 3:30 PM | | USA v. Carla Knight 00-6159-CR-UUB Pro se M/new csl (30 mins) |

USA — Harry Wallace, AUSA

Deft — Paul Korchin, AFPD

Hrg held, motion granted
the Court will appt csl
pursuant to Criminal Justice Act.

Deputy Clerk, Stephanie A. Lee

© 2004 Lotus Development Corp.   9/22/2004 at 2:41 PM   Page 1