UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
00-6159-CR-UNGARO-BENAGES
Magistrate Judge Brown

UNITED STATES OF AMERICA,
        Plaintiff,

v.

CARLA KNIGHT,
        Defendant(s).
_____/

## ORDER

**THIS MATTER** is before the Court upon the defendant's letter request for new counsel filed on August 26, 2004. Pursuant to proceedings held and this Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the aforementioned motion is GRANTED as follows:

1)     The Federal Public Defender is hereby DISCHARGED as counsel of record.

2)     Kristi Kassebaum, Esq. is hereby APPOINTED to represent the defendant.

DONE AND ORDERED at Miami, Florida, this 23rd day of September, 2004.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Ursula Ungaro-Benages
    Paul Korchin, AFPD
    Kristi Kassebaum, Esq.
    Harry Wallace, AUSA

