IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6159-CR
UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARLA KNIGHT,

        Defendant,
-----------------------------/

### ORDER SETTING HEARING ON SUPERVISED RELEASE REVOCATION

THIS MATTER is hereby set for hearing on Probation's Petition for Revocation of Supervises Release before the Hon. Judge Ursula Ungaro-Benages, at the United States District Court, Eleventh Floor Courtroom, 301 North Miami Avenue, Miami, Florida on **MAY 20, 2005 at 1:30 P.M.**

    DONE AND ORDERED in chambers at the United States District Court, Miami, Florida, this _11_ day of April, 2005.

                            URSULA UNGARO-BENAGES
                            UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    Probation

