**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.00-6159-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CARLA M. KNIGHT,
    Defendant.
_____/



## ORDER VACATING COURT'S ORDER

THIS CAUSE is before the Court upon *sua sponte*.

THIS COURT has made a *de novo* review of the entire file and record herein, and is

otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that the Court's Order Adopting Magistrate's Report and

Recommendation, filed August 6, 2004, [DE #118] is VACATED.

DONE AND ORDERED in Chambers at Miami, Florida, this _3_ day of June, 2005.


URSULA UNGARO/BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Brown
Counsel on record

