UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

FILED by _____ D.C.
DKTG
JUN - 7 2005
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6159-cr-UB   Date: 6/3/05

Style: U.S.A. Vs. Carla Knight

PL/AUSA: Harry Wallace

Defense Counsel: Kristi Kassenbaum

Reporter: Wm Romanishin   Deputy Clerk: K. Hartman

Status Conference/Hearing on Motion: Probation Violation
Court finds the deft Guilty of Counts
One & Two — Probation Revoked
Sentencing: 48 months BOP
Credit for time in custody on the
violation charge — concurrent w/

Calendar Call _____   Trial Set/Reset for charge on state
court

TRIAL MINUTES:   BENCH/JURY   VOIR DIRE HELD

JURY TRIAL BEGINS _____   TRIAL HELD _____   DAY #

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE

MISCELLANEOUS NOTES TO DOCKET CLERK:
Surrender 7/8/05 U.S. Marshals
S. FL. facility

126/gc