UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6159-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CARLA KNIGHT,
    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Defendant, CARLA KNIGHT, by and through undersigned Court-appointed CJA panel attorney, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment of Conviction and Sentence entered in this action on June 3, 2005.

Dated: June 13, 2005

Respectfully submitted,

**MANTO & KASSEBAUM, L.L.P.**
Attorney for Defendant
2937 SW 27 Avenue
Suite 107
Miami, FL 33133
Telephone: (305) 445-2985
Facsimile: (305) 441-8745

By: _____
**KRISTI F. KASSEBAUM, ESQ.**
**Florida Bar No. 860621**

Copies furnished:
Office of the U. S. Attorney (AUSA Seth Miles)