**05-13351-J**

# UNITED STATES DISTRICT COURT
## Southern District of Florida

CLARENCE MADDOX
Clerk of Court

Appeal Section
305-523-5080

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S. COURT OF APPEALS RECEIVED CLERK JUN 15 2005 ATLANTA, GA.

FILED by ___ D.C.
APPEAL
JUN 23 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Date: June 14, 2005

IN RE:     District Court No.: 00-6159-CR-UNGARO-BENAGES     U.S.C.A. No.: _____

Style: CARLA KNIGHT v. USA

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check ____. |
| X | First Notice of Appeal: YES |
| | Date(s) of other notice(s): _____ |
| | ____ volume(s) of pleadings; ____ volume(s) of transcripts; |
| | ____ volume(s) of exhibits/depositions; other: _____ |
| ____ | There was no hearing from which a transcript could be made. |
| X | Copy of CJA Form Appointing Counsel enclosed. |
| ____ | The following materials were SEALED in this court (order enclosed): _____ |
| X | The appellate docket fee has been paid    NO |
| | Date paid _____ Receipt No. _____ |
| ____ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is: URSULA UNGARO-BENAGES |
| X | The Court Reporter(s): WILLIAM ROMANISHIN |
| ____ | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: _____ |
| ____ | This is a DEATH PENALTY appeal. |

Sincerely,

Clarence Maddox, Clerk of Court

By: _Patricia L. Christian_
Deputy Clerk    _for Hope Hill_

c:    court file

| ☒ 301 N. Miami Avenue Room 150 Miami, FL 33128 305-523-5100 | ☐ 299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400 | ☐ 701 Clematis Street Room 402 W. Palm Beach, FL 33401 561-803-3400 | ☐ 301 Simonton Street Room 130 Key West, FL 33040 305-295-8100 | ☐ 300 South Sixth Street Ft. Pierce, FL 34950 561-595-9691 |

129
H-H