United States District Court

for

SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUN 2 8 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

U.S.A vs. Carla Knight                    DOCKET NO. 0:00CR06159-001
                                          PACTS NO. 64287

**Petition to Revoke Bond**

COMES NOW <u>LENNOX A. GEORGE</u> UNITED STATES PROBATION OFFICER presenting an official report upon the conduct of defendant, <u>Carla Knight</u>, who was placed on bond supervision by the Honorable <u>Ursula Ungar-Benages</u> sitting in the court at <u>United States District Court Southern District of Florida.</u>, on the 25th day of <u>January 2004</u> was given a $100,000.00 Personal Surety Bond under the following conditions:

1. The Defendant shall not commit any act in violation of state or federal laws.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. Commit an act in violation of state or federal laws, to wit: Fleeing and Eluding Law Enforcement Officer.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND REVOKED AND THE DEFENDANT BE REMANDED TO CUSTODY IMMEDIATELY TO COMMENCE HER SENTENCE IMPOSED ON JUNE 3, 2005.**

ORDER OF COURT                            Respectfully,

Considered and ordered this 20 day
of June, 2005 and ordered filed and       Lennox A. George
made part of the records in the above case.   U.S. Probation Officer
                                          Phone: (305) 512-1808

_____           Place <u>Miami Lakes Office</u>
Honorable Ursula Ungaro-Benages
U.S. District Court Magistrate Judge      Date <u>June 14, 2005</u>