1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
APPEAL
JUL 1 8 2005
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

```
UNITED STATES OF AMERICA,    ) Case No.
                             ) 00-6159-Cr-UNGARO-BENAGES
           Plaintiff,        )
                             )
    -v-                      )
                             )
CARLA KNIGHT,                )
                             ) Miami, Florida
           Defendant.        ) June 3, 2005
_____) 1:40 p.m.
```

Pages 1-33

TRANSCRIPT OF PROBATION VIOLATION HEARING AND

SENTENCING HEARING BEFORE THE HONORABLE URSULA UNGARO-BENAGES

U.S. DISTRICT JUDGE


APPEARANCES:

For the Government          HARRY WALLACE
                            Assistant U. S. Attorney
                            99 Northeast 4th Street
                            Miami, Florida  33132


For the Defendant           KRISTI FLYNN KASSEBAUM, ESQ.
                            2937 Southwest 27th Avenue
                            Miami, Florida  33133




Reporter                    WILLIAM G. ROMANISHIN, RMR-CRR
(305) 523-5558              Official Court Reporter
                            1104 Federal Courthouse Square
                            301 North Miami Avenue
                            Miami, Florida  33128

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 00-06159-CR UUB
# DE#132

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

# PLEASE REFER TO COURT FILE