facility.

    DONE and ORDERED in chambers at the United States Courthouse, Federal Courthouse Square, Miami, Florida, this ___8___ day of June, 2005.

                                        */s/ Ursula Ungaro-Benages*
                                        URSULA UNGARO-BENAGES
                                        UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record
      U.S. Marshals/BOP

```
DEFENDANT DELIVERED ON: 8-2-05
BY: ___✓___ (BOP BUS) _____ (USM)
VOLUNTARILY SURRENDERED ON: NA
TO FCC COLEMAN, COLEMAN FL 33521
BY: Paige Augustine, Deputy (Hollin)  FOR
      INMATE SYSTEMS MANAGER
      M. Ridgell, ISM
```

2005 AUG 23 PM 1:51

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6159-CR-
UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLA KNIGHT,
#55343-004

        Defendant.
_____/



## JUDGMENT AND COMMITMENT UPON REVOCATION HEARING

On November 21, 2000, the defendant was sentenced to a term of Three (3) Years Probation. The defendant having now been duly brought before this Court for hearing upon petition of the Probation Officer for revocation of Probation, and in further the defendant having been adjudicated guilty of the charges in the Amended Petition, it is thereby

ADJUDGED and ORDERED that Probation is hereby Revoked, it being further

ORDERED and ADJUDGED that the defendant shall be imprisoned for a term of FORTY-EIGHT (48) MONTHS, it is further

ORDERED and ADJUDGED that the defendant shall be given credit for time served in custody on the violation, and that if the defendant is convicted and sentenced in [illegible], the sentence shall run concurrent to the sentence imposed in this case. The defendant shall surrender to the U.S. Marshal on July 5, 2005 and the Court will recommend to the [illegible]