UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6159-CR-
UNGARO-BENAGES

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

CARLA KNIGHT,

          Defendant.
_____/



FILED by _____ D.C.
DKTG
SEP 28 2005
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### AMENDED
### JUDGMENT AND COMMITMENT UPON REVOCATION HEARING

On November 21, 2000, the defendant was sentenced to a term of Three (3) Years Probation. The defendant having now been duly brought before this Court for hearing upon petition of the Probation Officer for revocation of Probation, and it further the defendant having been adjudicated guilty of Count Two of the Petition, it is therefore

ORDERED and ADJUDGED that Probation is hereby REVOKED, it being further

ORDERED and ADJUDGED that the defendant shall be imprisoned for a term of FORTY-FIVE (45) MONTHS, it is further

ORDERED and ADJUDGED that the defendant shall receive credit for time served in custody on the violation and if the defendant is convicted and sentenced in state court, the federal sentence shall run concurrent to the sentence imposed in the state case. The defendant shall surrender to the U.S. Marshals in Miami on July 6, 2005 and the Court will recommend a South Florida facility.

DONE and ORDERED in chambers at the United States Courthouse, Federal Courthouse Square, Miami, Florida, this 27 day of June, 2005.

/s/ Ursula Ungaro-Benages
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    U.S. Marshals/BOP