# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
Clerk of Court

Appeals Section

Date:  11/16/2005

FILED by _____ D.C.

NOV 1 6 2005

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:    District Court No:  00-06159-CR   - UUB

U.S.C.A. No:  05-13351-J

Style:  USA V. KNIGHT

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida
hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this
appeal. The record (including the transcript or parts thereof designated for inclusion and all
necessary exhibits) consists of:

　　1　Volume(s) of pleadings

　　4　Volume(s) of Transcripts

　　X　Exhibits:　　0　boxes;　　　　0　folders;

　　　　　　　　　　0　envelopes;　　　1　PSIs (sealed)

　　　　　　　　　　☐　other: _____

　　　　　　　　　　☐　other: _____

　　☐　Other: _____

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk
Date  Deputy Clerk

Sincerely,
Clarence Maddox, Clerk of Court

By: _____ Deputy Clerk

Jo Hope Hill

Attachment
c: court file

S/F A-15
Rev. 10/94

☐ 301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

LSS      CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6159-ALL

USA v. Knight, et al                              Filed: 06/13/00
Dkt# in other court: None

Case Assigned to:  Judge Ursula Ungaro-Benages

CARLA KNIGHT (1) , DOB:              Paul Maury Korchin
9/9/68  Prisoner #55343-004         FTS 530-7120
ENGLISH 841 NW 34 Tr., Ft.          305-536-6900
Lauderdale, FL 33311                15th Floor
     defendant                      [COR LD NTC pda]
     [term  11/21/00]               Public Defender
                                      [term  10/20/03]
                                    FTS 536-4559
                                    305-530-7000
                                    [COR LD NTC pda]
                                    Celeste Siblesz Higgins
                                      [term  10/20/03]
                                    FTS 536-4559
                                    305-530-7000
                                    17th Floor
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    150 W Flagler Street
                                    Miami, FL 33130-1556
                                    305-530-7000

                                    Michael David Gelety
                                      [term  10/20/03]
                                    FTS 462-0828
                                    [COR LD NTC tmp]
                                    1209 SE 3rd Avenue
                                    Fort Lauderdale, FL 33316
                                    954-462-4600

                                    Timothy Day
                                      [term  11/21/00]
                                    FTS 356-7556
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    1 E Broward Boulevard
                                    Suite 1100
                                    Fort Lauderdale, FL 33301
                                    954-356-7436

                                    Kristi Flynn Kassebaum

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
by _____
Deputy Clerk
Date  11/10/0_

Proceedings include all events.                                                LSS
0:00cr6159-ALL USA v. Knight, et al                            CLOSED APPEAL

```
                              FTS 441-8745
                              305-577-3331
                              Suite 107
                              [COR LD NTC cja]
                              2937 SW 27th Avenue
                              Miami, FL 33133

                              Ted Crespi
                               [term 10/20/03]
                              FTS 475-7211
                              [COR LD NTC ret]
                              Ted Crespi Law Office
                              PO Box 17470
                              Plantation, FL 33318
                              954-475-7111
```

Pending Counts:                              Disposition

18:1029B.F ATTEMPTS TO COMMIT        3 years probation, $100 special
AN OFFENSE                           assessment and $37,500.00
(1)                                  restitution
                                     (1)


Offense Level (opening): 4


Terminated Counts:                           Disposition

18:1029A.F PRODUCES/TRAFFICS         Counts dismissed
IN CNTRFEIT DEVICE                   (2)
(2)

18:1029B.F ATTEMPTS TO COMMIT        Counts dismissed
AN OFFENSE.  Forfeiture as to        (3)
all three counts
(3)


Offense Level (disposition): 4


Complaints:

     NONE


=======================


Docket as of November 16, 2005 10:40 am               Page 2

Proceedings include all events.                                    LSS
0:00cr6159-ALL USA v. Knight, et al                        CLOSED APPEAL

Case Assigned to:  Judge Ursula Ungaro-Benages

JANA BALLARD (2) , DOB:          Jorge Aurelio Sibila
8/21/65  Prisoner #39441-018      [term  09/28/01]
    defendant                    FTS 541-6532
  [term  09/28/01]               305-541-8300
                                 [COR LD NTC cja]
                                 2246 SW 1st Street
                                 Miami, FL 33135        .


Pending Counts:                       Disposition

18:1029B.F ATTEMPTS TO COMMIT     24 months imprisonment, 3 years
AN OFFENSE                        supervised release and $100
(1)                               special assessment with $147,
                                  402.22 total restitution
                                  (1)


Offense Level (opening): 4


Terminated Counts:                    Disposition

18:1029A.F PRODUCES/TRAFFICS      Counts dismissed
IN CNTRFEIT DEVICE                (2)
(2)

18:1029B.F ATTEMPTS TO COMMIT     Counts dismissed
AN OFFENSE.  Forfeiture as to     (3)
all three counts
(3)


Offense Level (disposition): 4




Complaints:

    NONE


U. S. Attorneys:

  Harry C. Wallace, Jr.
  FTS 530-7976
  305-961-9302
  Suite 600
  [COR LD NTC]
  David Buckner
  FTS 536-4675

Docket as of November 16, 2005 10:40 am                Page 3

```
Proceedings include all events.                                    LSS
0:00cr6159-ALL USA v. Knight, et al                      CLOSED APPEAL
```

```
     305-961-9210
     [COR LD NTC pro]
     Craig L. Moses
     FTS 536-4651
     305-961-9065
     [COR LD NTC]
     United States Attorney's Office
     99 NE 4 Street
     Miami, FL 33132
     305-961-9000

     Kathleen Rice
     FTS 356-7336
     954-356-7255X3512
     [COR LD NTC]
     United States Attorney's Office
     500 E Broward Boulevard
     7th Floor
     Fort Lauderdale, FL 33301-3002
     954-356-7255

     PTS Officer
     954-769-5600
     [COR LD NTC]
     Pretrial Services Office
     101 NE 3rd Avenue
     Suite 200
     Fort Lauderdale, FL 33301
     954-769-5600

     Probation Officer
     FTS 769-5566
     954-769-5500
     [COR LD NTC]
     United States Probation Office
     299 E Broward Boulevard
     Room 409
     Fort Lauderdale, FL 33301-1865
     954-769-5500
```

Proceedings include all events.                                    LSS
0:00cr6159-ALL USA v. Knight, et al                      CLOSED APPEAL

6/13/00  (1)      INDICTMENT as to Carla Knight (1) count(s) 1, 2, 3, Jana
                  Ballard (2) count(s) 1, 2, 3 (Criminal Category 1) (pb)
                  [Entry date 06/13/00]               *Begi Vol 1*

6/13/00  (2)      ARREST WARRANT issued as to Carla Knight .    Warrant
                  issued by Magistrate Barry S. Seltzer    Bail fixed at
                  $250,000 personal surety (pb) [Entry date 06/13/00]

6/13/00   3       ARREST WARRANT issued as to Jana Ballard . .  Warrant
                  issued by Magistrate Barry S. Seltzer    Bail fixed at
                  $100,000 corporate surety w/Nebbia (pb)
                  [Entry date 06/13/00]

6/13/00   --      Magistrate identification:  Magistrate Judge Lurana S. Snow
                  (pb) [Entry date 06/13/00]

6/15/00  (4)      Minutes of initial appearance held on 6/15/00  before
                  Magistrate Barry S. Seltzer as to Carla Knight ;  Court
                  Reporter Name or Tape #: 50-2695 (dp) [Entry date 06/16/00]

6/15/00  (5)      ORDER on Initial Appearance as to Carla Knight Bond set to
                  $250,000 PSB for Carla Knight., ,  ( Signed by
                  Magistrate Barry S. Seltzer  on 6/15/00)  CCAP (dp)
                  [Entry date 06/16/00]

6/15/00   --      ARREST of Carla Knight (dp) [Entry date 06/16/00]

6/15/00  (6)      ARRAIGNMENT INFORMATION SHEET for Carla Knight (1) count(s)
                  1, 2, 3   NOT GUILTY PLEA ENTERED as to all counts. Court
                  accepts plea. (dp) [Entry date 06/16/00]

6/15/00  (7)      STANDING DISCOVERY ORDER as to Carla Knight   all motions
                  concerning matters not covered by this order must be filed
                  within 28 days of this order ( Signed by Magistrate Barry
                  S. Seltzer on 6/15/00)   Tape #  CCAP (dp)
                  [Entry date 06/16/00]

6/15/00  (8)      ORDER as to Carla Knight   set status conference for 11:00
                  6/30/00 for Carla Knight    before Magistrate Lurana S. Snow
                  ( Signed by Magistrate Barry S. Seltzer on 6/15/00) CCAP
                  [EOD Date: 6/16/00] CCAP (dp) [Entry date 06/16/00]

6/15/00  (9)      APPEARANCE BOND entered by Carla Knight   in  Amount $
                  250,000   Approved by Magistrate Barry S. Seltzer .
                  Surrender passports/travel documents;  Report to PTS as
                  follows:  Random urine testing;  Full-time employment;
                  Avoid victims/witnesses;  No firearms/weapons; (dp)
                  [Entry date 06/16/00]

6/15/00   --      ARREST of Carla Knight (dp) [Entry date 06/20/00]

6/16/00  (10)     ARREST WARRANT Returned Executed as to Carla Knight on
                  6/15/00 (dp) [Entry date 06/20/00]

Docket as of November 16, 2005 10:40 am                    Page 5

Proceedings include all events.                                                  LSS
0:00cr6159-ALL USA v. Knight, et al                                        CLOSED APPEAL

6/16/00   11    REPORT Commencing Criminal Action as to Carla Knight  DOB:
                9/9/68  Prisoner # 55343-004 (dp) [Entry date 06/20/00]

6/19/00   12    NOTICE of Assignment of Assistant Public Defender for Carla
                Knight. Timothy Day assigned. (dp) [Entry date 06/20/00]

6/19/00   13    DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                Carla Knight (dp) [Entry date 06/20/00]

6/30/00   14    RESPONSE to Standing Discovery Order by USA as to Carla
                Knight, Jana Ballard (dp) [Entry date 07/03/00]

6/30/00   15    Minutes of status conference held on 6/30/00  before
                Magistrate Judge Lurana S. Snow as to Carla Knight ;  Court
                Reporter Name or Tape #: 00-37/1174 (dp)
                [Entry date 07/03/00]

6/30/00   --    Status conference as to Carla Knight  held (dp)
                [Entry date 07/03/00]

6/30/00   17    STATUS REPORT ORDER as to Carla Knight  . ( Signed by
                Magistrate Judge Lurana S. Snow on 6/30/00) CCAP [EOD Date:
                7/17/00]  CCAP (dp) [Entry date 07/17/00]

7/6/00    16    SCHEDULING ORDER as to Carla Knight  setting Calendar Call
                for 3:15 7/24/00 for Carla Knight ; Jury Trial for 7/31/00
                for Carla Knight ;  before Judge Wilkie D. Ferguson Jr.  (
                Signed by Judge Wilkie D. Ferguson Jr. on 7/6/00) CCAP [EOD
                Date: 7/7/00]  CCAP (dp) [Entry date 07/07/00]

7/21/00   18    MOTION by Carla Knight to continue trial (dp)
                [Entry date 07/24/00]

7/28/00   19    ORDER as to Carla Knight  granting [18-1] motion to
                continue trial as to Carla Knight (1) to Continue in
                Interest of Justice,  reset calendar call for 3:15
                8/21/00 for Carla Knight  before Judge Wilkie D. Ferguson
                Jr.,  reset Jury trial for 8/28/00 for Carla Knight
                before Judge Wilkie D. Ferguson Jr. ( Signed by Judge
                Wilkie D. Ferguson Jr. on 8/28/00) CCAP [EOD Date: 7/31/00]
                CCAP (dp) [Entry date 07/31/00]

9/6/00    20    Minutes of change of plea held on 9/6/00  before Judge
                Wilkie D. Ferguson Jr. as to Carla Knight ; GUILTY: Carla
                Knight (1) count(s) 1  Court Reporter Name or Tape #:
                Anita LaRocca (dp) [Entry date 09/07/00]

9/6/00    --    Change of Plea Hearing as to Carla Knight  held (dp)
                [Entry date 09/07/00]

9/6/00    21    Plea Agreement as to Carla Knight (dp) [Entry date 09/07/00]

Proceedings include all events.                                                    LSS
0:00cr6159-ALL USA v. Knight, et al                                    CLOSED APPEAL

9/6/00    22     NOTICE of Hearing as to Carla Knight :  setting Sentencing
                 for 10:00 11/17/00 for Carla Knight   before Judge Wilkie
                 D. Ferguson Jr. (dp) [Entry date 09/07/00]

9/12/00   23     MOTION by Carla Knight to Travel (dp) [Entry date 09/13/00]

9/14/00   24     ORDER as to Carla Knight granting [23-1] motion for
                 permission to travel as to Carla Knight (1) (Signed by
                 Judge Wilkie D. Ferguson Jr. on 9/14/00) CCAP [EOD Date:
                 9/15/00] CCAP (ss) [Entry date 09/15/00]

11/17/00  25     Minutes of sentencing held on 11/17/00  before Judge Wilkie
                 D. Ferguson Jr. as to Carla Knight ;  Court Reporter Name
                 or Tape #: Paul Haferling (dp) [Entry date 11/20/00]

11/17/00  --     Sentencing  held Carla Knight (1) count(s) 1 (dp)
                 [Entry date 11/22/00]

11/21/00  26     JUDGMENT as to  Carla Knight (1) count(s) 2, 3 .  Counts
                 dismissed , Carla Knight (1) count(s) 1.  3 years
                 probation, $100 special assessment and $37,500.00
                 restitution ( Signed by Judge Wilkie D. Ferguson Jr. on
                 11/21/00) CCAP [EOD Date: 11/22/00]  CCAP (dp)
                 [Entry date 11/22/00]

11/28/00  27     Judgment Returned Executed as to Carla Knight no further
                 action by USM (dp) [Entry date 11/29/00]

11/30/00  28     ORDER placing defendant in suspended file until time of
                 arrest as to Jana Ballard ( Signed by Judge Wilkie D.
                 Ferguson Jr. on 11/30/00) CCAP [EOD Date: 11/30/00] CCAP (dp)
                 [Entry date 11/30/00]

12/21/00  --     ARREST of Jana Ballard in Middle of Florida (dp)
                 [Entry date 01/02/01]

12/27/00  29      ARREST WARRANT Returned Executed as to Jana Ballard on
                 12/26/00 (dp) [Entry date 12/27/00]

1/2/01    30     Rule 40 Documents as to Jana Ballard received from Middle
                 District of Florida (dp) [Entry date 01/02/01]

2/15/01   31     Minutes of initial appearance and arraignment held on
                 2/15/01 before Magistrate Barry S. Seltzer as to Jana
                 Ballard ;  Court Reporter Name or Tape #: 01-07/1763 (dp)
                 [Entry date 02/16/01]

2/15/01   32     ORDER on Initial Appearance as to Jana Ballard Bond set to
                 $100,000 CSB for Jana Ballard., ,  ( Signed by
                 Magistrate Barry S. Seltzer  on 2/15/01)  CCAP (dp)
                 [Entry date 02/16/01]

Proceedings include all events.                                              LSS
0:00cr6159-ALL USA v. Knight, et al                              CLOSED APPEAL

2/15/01   33    ARRAIGNMENT INFORMATION SHEET for Jana Ballard (2) count(s)
                1, 2, 3   NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (dp) [Entry date 02/16/01]

2/15/01   34    STANDING DISCOVERY ORDER as to Jana Ballard   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Barry
                S. Seltzer on 2/15/01)   Tape #  CCAP (dp)
                [Entry date 02/16/01]

2/15/01   35    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Jana Ballard   Status conference set for 11:00 3/2/01
                for Jana Ballard   before Magistrate Barry S. Seltzer (
                Signed by Magistrate Barry S. Seltzer on 2/15/01) CCAP [EOD
                Date: 2/16/01]  CCAP (dp) [Entry date 02/16/01]

2/16/01   36    CJA 20 as to Jana Ballard : Appointment of Attorney Jorge
                Aurelio Sibila ( Signed by Magistrate Barry S. Seltzer  on
                2/15/01) (dp) [Entry date 02/16/01]

2/16/01   37    REPORT Commencing Criminal Action as to Jana Ballard  DOB:
                8/21/65  Prisoner # 39441-018 (dp) [Entry date 02/16/01]

2/22/01   38    Notice of filing receipt of attached correspondence
                (Magistrate Judge Barry S. Seltzer, signed on 2/22/01) (dp)
                [Entry date 02/23/01]

2/26/01   39    RESPONSE to Standing Discovery Order by USA .as to Jana
                Ballard (dp) [Entry date 02/26/01]

3/2/01    40    Minutes of status conference held on 3/2/01  before
                Magistrate Barry S. Seltzer as to Jana Ballard ;  Court
                Reporter Name or Tape #: 01-13/871 (dp)
                [Entry date 03/05/01]

3/2/01    --    Status conference as to Jana Ballard  held (dp)
                [Entry date 03/05/01]

3/6/01    41    NOTICE of Unavailabilty by Jana Ballard  for dates of:
                3/22-3/23; 4/9-4/13; 5/25-5/29; 7/30-8/3 (dp)
                [Entry date 03/07/01]

4/10/01   42    NOTICE of Hearing as to Jana Ballard :  set calendar call
                for 3:15 4/16/01 for Jana Ballard   before Judge Wilkie D.
                Ferguson Jr.,  set Jury trial for 4/23/01 for Jana
                Ballard   before Judge Wilkie D. Ferguson Jr. (dp)
                [Entry date 04/11/01]

4/16/01   43    MOTION by Jana Ballard to continue calendar call (dp)
                [Entry date 04/17/01]

4/16/01   44    NOTICE of Unavailabilty by USA  as to Jana Ballard  for
                dates of: 5/4-5/8 (dp) [Entry date 04/17/01]

Proceedings include all events.                                                    LSS
0:00cr6159-ALL USA v. Knight, et al                                    CLOSED APPEAL

5/16/01   (45)    NOTICE of Appearance for Carla Knight by Attorney Ted
                  Crespi (ss) [Entry date 05/17/01]

5/16/01   (46)    MOTION by Carla Knight for clarification of [26-1]
                  sentence, and to terminate electronic monitoring and/or
                  home detention sanctions (ss) [Entry date 05/17/01]

6/28/01   (47)    NOTICE of Unavailabilty by Carla Knight  for dates of:
                  7/1-23 (dp) [Entry date 06/29/01]              .

7/20/01   48      Minutes of change of plea held on 7/19/01  before Judge
                  Wilkie D. Ferguson Jr. as to Jana Ballard ; GUILTY: Jana
                  Ballard (2) count(s) 1  Court Reporter Name or Tape #:
                  Stephen Franklin (dp) [Entry date 07/23/01] *Vol 1 cont'd*

7/20/01   49      Plea Agreement as to Jana Ballard (dp) [Entry date 07/23/01]

7/20/01   50      NOTICE of Hearing as to Jana Ballard :  setting Sentencing
                  for 9:30 9/28/01 for Jana Ballard  before Judge Wilkie D.
                  Ferguson Jr. (dp) [Entry date 07/23/01]

8/1/01    (51)    NOTICE of Hearing as to Carla Knight : Motion hearing
                  before Judge Wilkie D. Ferguson Jr. set for 11:00 9/14/01
                  for Carla Knight for [46-1] motion for clarification of
                  [26-1] sentence (dp) [Entry date 08/02/01]

9/14/01   --      Motion hearing  as to Carla Knight re: [46-1] motion for
                  clarification of [26-1] sentence Motion hearing held before
                  Judge Wilkie D. Ferguson Jr. (dp) [Entry date 09/18/01]

9/17/01   (52)    Minutes of motion hearing re clarification of sentence held
                  on 9/14/01 before Judge Wilkie D. Ferguson Jr. as to Carla
                  Knight ;  Court Reporter Name or Tape #: Stephen Franklin
                  (dp) [Entry date 09/18/01]

9/28/01   53      Minutes of sentencing held on 9/28/01  before Judge Wilkie
                  D. Ferguson Jr. as to Jana Ballard ;  Court Reporter Name
                  or Tape #: Stephen Franklin (dp) [Entry date 10/01/01]

9/28/01   --      Sentencing  held Jana Ballard (2) count(s) 1 (dp)
                  [Entry date 10/01/01]

9/28/01   54      JUDGMENT as to  Jana Ballard (2) count(s) 2, 3 .  Counts
                  dismissed , Jana Ballard (2) count(s) 1.  24 months
                  imprisonment, 3 years supervised release and $100 special
                  assessment with $147,402.22 total restitution ( Signed by
                  Judge Wilkie D. Ferguson Jr. on 9/28/01) [EOD Date:
                  10/1/01]  CCAP (dp) [Entry date 10/01/01]

11/20/01  55      Judgment Returned Executed as to Jana Ballard on 11/6/01 at
                  FCI Tallahassee (dp) [Entry date 11/20/01]

Docket as of November 16, 2005 10:40 am                        Page 9

Proceedings include all events.                                                    LSS
0:00cr6159-ALL USA v. Knight, et al                                    CLOSED APPEAL

5/12/03   56    PETITION and ORDER for Action on Conditions of Supervised
                Release as to Jana Ballard   ( Signed by Judge Wilkie D.
                Ferguson Jr. on 5/11/03) [EOD Date: 5/13/03] (dp)
                [Entry date 05/13/03]

8/12/03   57    CLERK'S NOTICE OF REASSIGNMENT OF CLOSED CASE: Case
                reassigned  to Judge Ursula Ungaro-Benages for all further
                proceedings as to Jana Ballard . (dg) [Entry date 08/13/03]

8/29/03   58    PETITION for warrant or summons for offender under
                superivision and  ORDER for Action on Conditions of
                Probation as to Carla Knight; ordered  the issuance of a
                warrant ( Signed by Judge Ursula Ungaro-Benages 8/26/03)
                [EOD Date: 9/9/03] (sp)  [Entry date 09/09/03]

8/29/03   59    Supervised Release WARRANT issued as to Carla Knight . (sp)
                [Entry date 09/09/03]

9/11/03   --    ARREST of Carla Knight (sp) [Entry date 09/16/03]

9/11/03   --    ARREST of Carla Knight (sp) [Entry date 10/03/03]

9/15/03   60    REPORT Commencing Criminal Action as to Carla Knight   DOB:
                9/9/68   Prisoner # 55343-004 (sp) [Entry date 09/16/03]

9/15/03   61    NOTICE of Temporary Appearance for Carla Knight by Attorney
                Michael David Gelety (sp) [Entry date 09/16/03]

9/15/03   62    ORDER on Initial Appearance as to Carla Knight. Bond reset
                to $100,000 CSB/Nebbia (hearing held) for Carla Knight:
                special conditions: report to probation officer as directed;
                 curfew 12 midnight-6:30 AM w/electronic monitoring with
                USPO's discretion as to how this will work along with the
                state court's electronic monitoring process . Arraignment
                set for 10:00 9/25/03 for Carla Knight ; Report re counsel
                set for 10:00 9/25/03 for Carla Knight ; Duty Magistrate,
                ,  ( Signed by Magistrate Judge Andrea M. Simonton on
                9/11/03) Tape # 03FX-73-1450, 3529 & 74-1 CCAP (sp)
                [Entry date 09/16/03]

9/25/03   63    ORDER as to Carla Knight:  resetting Report re counsel for
                1:30 9/25/03 for Carla Knight  before Duty Magistrate,
                resetting Probable Cause Hearing for 1:30 9/25/03 for Carla
                Knight   before Duty Magistrate ( Signed by Magistrate
                Judge Patrick A. White on 9/25/03) [EOD Date: 9/26/03]
                CCAP (sp) [Entry date 09/26/03]

9/25/03   64    ORDER as to Carla Knight  resetting Report re counsel for
                  10:00 10/3/03 for Carla Knight   before Duty Magistrate,
                 resetting Probable Cause Hearing for 10:00 10/3/03 for
                Carla Knight    before Duty Magistrate ( Signed by
                Magistrate Judge Patrick A. White on 9/25/03) [EOD Date:
                9/26/03] CCAP (sp) [Entry date 09/26/03]

Proceedings include all events.                                                    LSS
0:00cr6159-ALL USA v. Knight, et al                                        CLOSED APPEAL

9/25/03   65   ORDER on Hearing to Report Re Counsel as to Carla Knight.
               Report re Counsel reset to 10:00 10/3/03 for Carla Knight
               before Duty Magistrate ( Signed by Magistrate Judge Patrick
               A. White on 9/25/03) Tape # 03B-27-202,27-1103 CCAP (sp)
               [Entry date 09/26/03]

9/25/03   --   Report Re Counsel  as to Carla Knight held  before
               Magistrate Judge Patrick A. White (sp) [Entry date 09/26/03]

10/2/03   66   Supervised release WARRANT Returned Executed as to Carla
               Knight on 9/11/03 (sp) [Entry date 10/03/03]

10/3/03   67   ORDER OF REFERENCE referring revocation hearing to
               Magistrate Stephen T. Brown as to Carla Knight : ( Signed
               by Judge Ursula Ungaro-Benages on 10/2/03) [EOD Date:
               10/6/03] CCAP (sp) [Entry date 10/06/03]

10/7/03   68   ORDER as to Carla Knight for Appointment of Public
               Defender ( Signed by Magistrate Judge William C. Turnoff
               on 10/3/03) [EOD Date: 10/8/03] CCAP (sp)
               [Entry date 10/08/03]                            Vi / Court'd

10/7/03   69   DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
               Carla Knight (sp) [Entry date 10/08/03]

10/7/03   70   ORDER as to Carla Knight:  resetting Probable Cause
               Hearing for 10:00 10/8/03 for Carla Knight before Duty (
               Signed by Magistrate Judge William C. Turnoff on 10/3/03)
               [EOD Date: 10/8/03] CCAP (sp) [Entry date 10/08/03]

10/7/03   71   NOTICE of evidentiary Hearing as to Carla Knight :
               setting Supervised Release Hearing for for 3:00 10/28/03
               for Carla Knight before Magistrate Stephen T. Brown (sp)
               [Entry date 10/08/03]

10/8/03   72   Waiver of Preliminary Examination or Hearing by Carla
               Knight  ( Signed by Magistrate Ted E. Bandstra on 10/8/03)
               [EOD Date: 10/9/03] (sp) [Entry date 10/09/03]

10/20/03  73   NOTICE of Assignment of Assistant Public Defender for Carla
               Knight . Terminated attorney Celeste Siblesz Higgins for
               Carla Knight, attorney Public Defender for Carla Knight,
               attorney Michael David Gelety for Carla Knight, attorney
               Ted Crespi for Carla Knight. AFPD Paul Maury Korchin
               assigned. (sp) [Entry date 10/21/03]

11/3/03   74   Notice of evidentiary hearing as to Carla Knight:  setting
               Supervised Release Hearing for for 11:00 11/13/03 for Carla
               Knight before Magistrate Stephen T. Brown ( Signed by
               Magistrate Stephen T. Brown on 10/31/03) [EOD Date:
               11/4/03] CCAP (sp) [Entry date 11/04/03]

11/5/03   75   UNOPPOSED MOTION by Carla Knight to continue hearing
               scheduled for 11/13/03 (tb) [Entry date 11/06/03]

Proceedings include all events.                                                      LSS
0:00cr6159-ALL USA v. Knight, et al                                          CLOSED APPEAL

11/10/03 (76)    NOTICE concerning length of 12/11/03 3:00 hearing by USA as
                 to Carla Knight; estimated hearing will last 2 hours or
                 more (sp) [Entry date 11/12/03]

11/12/03 (77)    ORDER as to Carla Knight  granting [75-1] motion to
                 continue hearing scheduled for 11/13/03 as to Carla Knight
                 (1) ; resetting Supervised Release Hearing for for 3:00
                 12/11/03 for Carla Knight  before Magistrate Stephen T.
                 Brown ( Signed by Magistrate Stephen T. Brown on 11/7/03)
                 [EOD Date: 11/13/03] CCAP (sp) [Entry date 11/13/03]

12/1/03 (78)     ORDER as to Carla Knight  set evidentiary hearing for 2:00
                 12/11/03 for Carla Knight  before Magistrate Stephen T.
                 Brown ( Signed by Magistrate Stephen T. Brown on 11/25/03)
                 [EOD Date: 12/2/03] CCAP (cj) [Entry date 12/02/03]

12/3/03 (79)     AMENDED PETITION and ORDER for Action on Conditions of
                 Probation as to Carla Knight: ordered amend petiton for
                 warrant for offender under supervision dated 8/11/03 (
                 Signed by Judge Ursula Ungaro-Benages 11/15/03) [EOD Date:
                 12/4/03] (sp) [Entry date 12/04/03]

12/9/03 (80)     UNOPPOSED MOTION by USA  as to Carla Knight to continue
                 12/11/03 2:00 supervised release hearing (sp)
                 [Entry date 12/10/03]

12/11/03 (81)    ORDER as to Carla Knight  granting [80-1] motion to
                 continue 12/11/03 2:00 supervised release hearing as to
                 Carla Knight (1);  resetting Supervised Release Hearing
                 for for 10:00 1/7/04 for Carla Knight  before Magistrate
                 Stephen T. Brown ( Signed by Magistrate Stephen T. Brown
                 on 12/11/03) [EOD Date: 12/12/03] CCAP (sp)
                 [Entry date 12/12/03]

12/17/03 (82)    MOTION by Carla Knight to continue hearing (tb)
                 [Entry date 12/18/03]

1/5/04 (83)      RESPONSE by USA as to Carla Knight  in opposition to [82-1]
                 motion to continue hearing (sp) [Entry date 01/06/04]

1/8/04 (84)      ORDER as to Carla Knight  granting [82-1] motion to
                 continue hearing as to Carla Knight (1);  resetting
                 Supervised Release Hearing for for 10:00 2/11/03 for Carla
                 Knight before Magistrate Stephen T. Brown ( Signed by
                 Magistrate Stephen T. Brown on 1/7/04) [EOD Date: 1/9/04]
                 CCAP (sp) [Entry date 01/09/04]

1/8/04 (85)      MOTION by Carla Knight to reduce Bond (sp)
                 [Entry date 01/09/04]

Proceedings include all events.                                      LSS
0:00cr6159-ALL USA v. Knight, et al                          CLOSED APPEAL

1/9/04    86      ORDER OF REFERENCE referring Motion(s) to Magistrate Judge
                  Andrea M. Simonton as to Carla Knight : [85-1] motion to
                  reduce Bond as to Carla Knight (1)  ( Signed by Judge
                  Ursula Ungaro-Benages on 1/9/04) [EOD Date: 1/12/04]   CCAP
                  (sp) [Entry date 01/12/04]

1/12/04   87      ORDER as to Carla Knight: bond hearing held, parties to
                  obtain further information;  reset Bond Hearing for 9:00
                  1/15/04 for Carla Knight  before Magistrate Judge Andrea
                  M. Simonton ( Signed by Magistrate Judge Andrea M.
                  Simonton on 1/9/04) [EOD Date: 1/13/04] CCAP (sp)
                  [Entry date 01/13/04]                        *Ns* / *Court d*

1/12/04   --      Bond hearing as to Carla Knight  held  before Magistrate
                  Judge Andrea M. Simonton (sp) [Entry date 01/13/04]

1/15/04   88      ORDER as to Carla Knight  granting [85-1] motion to reduce
                  Bond  Bond reset to 100,000 for Carla Knight. as to Carla
                  Knight (1) ( Signed by Magistrate Judge Andrea M. Simonton
                  on 1/15/04) [EOD Date: 1/16/04] CCAP (cj)
                  [Entry date 01/16/04]

1/15/04   89      Minutes of bond hearing held on 1/15/04  before Magistrate
                  Judge Andrea M. Simonton as to Carla Knight ;  Court
                  Reporter Name or Tape #: 04-FX-6-1263 (gz)
                  [Entry date 01/20/04]

1/15/04   --      Bond hearing as to Carla Knight  held  before Magistrate
                  Judge Andrea M. Simonton (gz) [Entry date 01/20/04]

1/21/04   90      PERSONAL SURETY BOND entered by Carla Knight  in  Amount $
                  100,000 ; setting Special Conditions: Surrender travel
                  documents;  Report to USPO as directed;  Submit to
                  substance abuse testing/treatment; Refrain from use of
                  alcohol/narcotics; cosignors and defendant shall Avoid
                  contact with victims/witnesses; Refrain from possessing
                  firearm; none of the signatories May sell property; May not
                  visit transportation estab.; Home confinement program
                  including electronic monitoring paid for by USPO with home
                  detention except for medical needs or treatment, court
                  appearances, attorney visits or court ordered obligations
                  Approved by Magistrate Judge Andrea M. Simonton . (sp)
                  [Entry date 01/22/04]

2/4/04    91      MOTION by Carla Knight to continue supervised release
                  violation evidentiary hearing (gz) [Entry date 02/05/04]

2/9/04    92      ORDER as to Carla Knight  granting [91-1] motion to
                  continue supervised release violation evidentiary hearing
                  rescheduled Supervised Release Hearing for for 10:00 5/7/04
                  before Magistrate Stephen Brown ( Signed by Magistrate
                  Stephen T. Brown on 2/9/04) [EOD Date: 2/10/04] CCAP (wc)
                  [Entry date 02/10/04]

Docket as of November 16, 2005 10:40 am                    Page 13

Proceedings include all events.                                    LSS
0:00cr6159-ALL USA v. Knight, et al                      CLOSED APPEAL

2/12/04 (93)    MOTION by Carla Knight for Modification of Bond (bb)
                [Entry date 02/13/04]

2/13/04 (94)    ORDER as to Carla Knight  granting [93-1] motion for
                Modification of Bond as to Carla Knight (1) setting
                Special Conditions:  Report to PTS: as directed;  Maintain
                full-time employment; ( Signed by Magistrate Judge Andrea
                M. Simonton on 2/13/04) [EOD Date: 2/17/04] CCAP (dg)
                [Entry date 02/17/04]                    *Not Cont'd*

2/13/04 (95)    SUPPLEMENT by Carla Knight to: [93-1] motion for
                Modification of Bond (dg) [Entry date 02/17/04]

4/12/04 (96)    MOTION by Carla Knight to continue the supervised release
                evidentiary hearing due to defense counsel's personal
                circumstances (wc) [Entry date 04/13/04]

4/22/04 (97)    ORDER as to Carla Knight  granting [96-1] motion to
                continue the supervised release evidentiary hearing due to
                defense counsel's personal circumstances  reset
                evidentiary hearing for 10:00 5/18/04 before Magistrate
                Stephen T. Brown ( Signed by Stephen T. Brown on 4/22/04)
                [EOD Date: 4/22/04] CCAP (wc) [Entry date 04/22/04]

5/18/04  --     Evidentiary Hearing re Violation of Supervised Release as
                to Carla Knight held before Magistrate Stephen T. Brown (wc)
                [Entry date 05/19/04]

5/18/04 (98)    Minutes of Evidentiary hearing re Violation of Supervised
                Release held on 5/18/04 before Magistrate Stephen T. Brown
                as to Carla Knight ; Hearing did not take place.  Matter is
                reset to 5/24/04 at 10:00am.  The Court heard brief
                argument in re the status of the state case. Court Reporter
                Name or Tape #: 04D-29-117 (wc) [Entry date 05/19/04]

5/18/04 (99)    ORDER as to Carla Knight setting evidentiary hearing for
                10:00 5/24/04 for Carla Knight before Magistrate Stephen T.
                Brown ( Signed by Magistrate Stephen T. Brown on 5/18/04)
                [EOD Date: 5/19/04] CCAP (hd) [Entry date 05/19/04]

5/19/04 (100)   FINAL REQUEST by Carla Knight to continue Supervised
                Release evidentiary hearing (wc) [Entry date 05/20/04]

5/24/04  --     Evidentiary Hearing on Supervised Release Violation as to
                Carla Knight held before Magistrate Stephen T. Brown (wc)
                [Entry date 05/25/04]

5/24/04 (101)   Minutes of Evidentiary hearing on supervised release held on
                5/24/04 before Magistrate Stephen T. Brown as to Carla
                Knight ; Testimony taken, exhibits received.  Testimony of
                Dr. Berman set for 5/25/04 at 10:00am.  Parties to appear
                before the Court on Friday 3pm via telephonically re:
                Deposition of Mary Davis. (wc) [Entry date 05/25/04]
                [Edit date 05/28/04]

```
Proceedings include all events.                                      LSS
0:00cr6159-ALL USA v. Knight, et al                         CLOSED APPEAL
```

5/25/04  --       Continued Evidentiary Hearing  as to Carla Knight   held
                  before Magistrate Stephen T. Brown (wc)
                  [Entry date 05/28/04] [Edit date 05/28/04]

5/25/04  --       Evidentiary Hearing  as to Carla Knight  held  before
                  Magistrate Stephen T. Brown (wc) [Entry date 06/16/04]

5/27/04  102      Minutes of Teleconference re Continued Evidentiary hearing
                  re supervised release held on 5/25/04 before Magistrate
                  Stephen T. Brown as to Carla Knight ; Set continued hearing
                  for Thursday at 10:00am and deposition of Davis for Friday
                  at 11:00am. Court Reporter Name or Tape #: (Not recorded)
                  (wc) [Entry date 05/28/04]

5/28/04  103      Minutes of Evidentiary Hearing on Supervised Release held
                  on 05/24/04 before Magistrate Stephen T. Brown as to Carla
                  Knight ; Testimony taken; Continued to 10:00 05/25/04;
                  Court Reporter Name or Tape #: Joseph Millikan (nt)
                  [Entry date 06/01/04]

5/28/04  --       Evidentiary Hearing  as to Carla Knight  held  before
                  Magistrate Stephen T. Brown (nt) [Entry date 06/01/04]

5/28/04  --       Deadline updated as to Carla Knight,  continuing
                  evidentiary hearing for 10:00 5/25/04 for Carla Knight
                  before Magistrate Stephen T. Brown (nt)
                  [Entry date 06/01/04]

5/28/04  104      Exhibit and Witness List as to Carla Knight (nt)
                  [Entry date 06/01/04]

6/4/04   105      MEMORANDUM of law by Carla Knight re: Identity theft (wc)
                  [Entry date 06/07/04]

6/4/04   106      MEMORANDUM of law regarding the elements of identity theft
                  pursuant to Fla. Stat. Ch. 817.568(2)(a) by USA as to Carla
                  Knight (wc) [Entry date 06/07/04]

6/6/04   --       Motion hearing  as to Carla Knight re: [100-1] motion to
                  continue Supervised Release evidentiary hearing   before
                  Magistrate Stephen T. Brown (wc) [Entry date 06/16/04]

6/15/04  107      Minutes of Telecon re Motion to Continue held on 6/6/04
                  before Magistrate Stephen T. Brown as to Carla Knight ;
                  Discussed continuing hearing - granted bond - sent
                  Defendant to Simonton. Court Reporter Name or Tape #: (not
                  recorded) (wc) [Entry date 06/16/04]

Proceedings include all events.                                            LSS
0:00cr6159-ALL USA v. Knight, et al                              CLOSED APPEAL

6/15/04  108    Minutes of Continued hearing held on 5/25/04  before
                Magistrate Stephen T. Brown as to Carla Knight ;  The Court
                admitted exhibits (U.S.) over defense's objections. Telecon
                set for today at 4:00pm.  Court set hearing for 5/28/04 in
                re status of Davis deposition.  The Court clarified bond
                conditions relating to reporting to USPO. The Defendant was
                directed to report to USPO.  The Defendant was also
                directed not to have any contact with witnesses except
                through counsel. Court Reporter Name or Tape #: Joe
                Millikan (wc) [Entry date 06/16/04]

6/15/04  109    Minutes of Continued hearing held on 5/27/04  before
                Magistrate Stephen T. Brown as to Carla Knight ;  No
                further rebuttal testimony other than the depo of Mary
                Davis.  The Court considered each violation at the
                conclusion of the hearing.  Memo of Law as to violations
                1-3 due 6/4/04; not to exceed 5 pages.  The Court will deal
                with violation number 4 separately.  Court Reporter Name or
                Tape #: 04D-31-700, 32-1 (wc) [Entry date 06/16/04]

6/28/04  110    TRANSCRIPT filed as to Carla Knight  of Violation of
                Supervised Release held 5/24/04  before Judge Stephen T.
                Brown  Pages: 1-136 (hh) [Entry date 06/28/04]

6/28/04  111    TRANSCRIPT filed as to Carla Knight  of Violation of
                Supervised Release held 5/25/04  before Judge Stephen T.
                Brown  Pages: 1-33 (hh) [Entry date 06/28/04]

7/7/04   112    TRANSCRIPT filed as to Carla Knight  of Evidentiary Hearing
                held 5/27/04  before Judge Stephen T. Brown  Pages: 1-65 (nc)
                [Entry date 07/07/04]

7/21/04  113    REPORT AND RECOMMENDATIONS  of Magistrate Stephen T. Brown
                as to Carla Knight recommending that the defendant is
                guilty of the offenses charged, with the exception of
                offense #1. Signed on: 7/20/04 Objections to R and R due by
                8/2/04  CCAP (wc) [Entry date 07/22/04]

7/28/04  114    PETITION and ORDER for Action on Conditions of Supervised
                Release as to Jana Ballard; The Court orders the issuance
                of a warrant ( Signed by Judge Ursula Ungaro-Benages on
                7/21/04) [EOD Date: 7/30/04] (wc) [Entry date 07/30/04]

7/28/04  115    ARREST OF SUPERVISED RELEASEE WARRANT issued as to Jana
                Ballard. Warrant issued by Judge Ursula Ungaro-Benages (wc)
                [Entry date 07/30/04]

7/29/04  116    MOTION by Carla Knight to extend time to file appeal from
                Magistrate's Report and Recommendation (wc)
                [Entry date 07/30/04]

Docket as of November 16, 2005 10:40 am                     Page 16

```
Proceedings include all events.                                    LSS
0:00cr6159-ALL USA v. Knight, et al                        CLOSED APPEAL
```

8/3/04    117    ORDER as to Carla Knight  granting [116-1] motion to extend
                 time to file appeal from Magistrate's Report and
                 Recommendation to 8/20/04 ( Signed by Judge Ursula
                 Ungaro-Benages on 7/30/04) [EOD Date: 8/3/04] CCAP (wc)
                 [Entry date 08/03/04]

8/6/04    118    ORDER adopting as to Carla Knight [113-1] report and
                 recommendations  Signed by Judge Ursula Ungaro-Benages on
                 08/06/04) [EOD Date: 8/10/04] CCAP (ra)
                 [Entry date 08/10/04]

8/26/04   119    Letter MOTION by Carla Knight for appointment of new
                 counsel (tb) [Entry date 08/27/04]

8/26/04   120    ORDER OF REFERENCE referring Motion(s)  to Magistrate
                 Stephen T. Brown as to Carla Knight : [119-1] motion for
                 appointment of new counsel referred  to Magistrate Stephen
                 T. Brown as to Carla Knight (1) ( Signed by Judge Ursula
                 Ungaro-Benages on 8/26/04) [EOD Date: 8/27/04] CCAP (tb)
                 [Entry date 08/27/04]

9/21/04   121    ORDER as to Carla Knight Motion hearing  before Magistrate
                 Stephen T. Brown set for 3:00 9/22/04 for [119-1] motion
                 for appointment of new counsel ( Signed by Magistrate
                 Stephen T. Brown on 9/21/04) [EOD Date: 9/22/04] CCAP (wc)
                 [Entry date 09/22/04]

9/22/04          Motion hearing  as to Carla Knight re: [119-1] motion for
                 appointment of new counsel Motion hearing held   before
                 Magistrate Stephen T. Brown (wc) [Entry date 09/24/04]

9/23/04   122    Minutes of Pro Se Motion for Appointment of Counsel held on
                 9/22/04 before Magistrate Stephen T. Brown as to Carla
                 Knight ; Motion granted.  The Court will appoint counsel
                 pursuant to Criminal Justice Act. Court Reporter Name or
                 Tape #: 04D-50-430 (wc) [Entry date 09/24/04]

9/23/04   123    ORDER as to Carla Knight  granting [119-1] motion for
                 appointment of new counsel; discharging the Federal Public
                 Defender as counsel of record and  appointing Kristi
                 Kassebaum as counsel of record ( Signed by Magistrate
                 Stephen T. Brown on 9/23/04) [EOD Date: 9/24/04] CCAP (wc)
                 [Entry date 09/24/04] [Edit date 09/24/04]

4/11/05   124    ORDER as to Carla Knight  set Supervised Release
                 Revocation Hearing for for 1:30 5/20/05 before Judge Ursula
                 Ungaro-Benages ( Signed by Judge Ursula Ungaro-Benages on
                 4/11/05) [EOD Date: 4/12/05] CCAP (wc) [Entry date 04/12/05]

6/3/05    125    ORDER as to Carla Knight  vacating [118-1] order adopting
                 Magistrate's Report & Recommendation ( Signed by Judge
                 Ursula Ungaro-Benages on 6/3/05) [EOD Date: 6/6/05] CCAP (wc)
                 [Entry date 06/06/05]

Proceedings include all events.                                          LSS
0:00cr6159-ALL USA v. Knight, et al                             CLOSED APPEAL

6/3/05    --        Probation Violation Hearing held as to Carla Knight  held
                    (wc) [Entry date 06/08/05]

6/7/05    126       Minutes of Probation Violation hearing held on 6/3/05
                    before Judge Ursula Ungaro-Benages as to Carla Knight ;
                    Court finds the defendant guilty of counts one and two -
                    Probation Revoked.  Sentencing 48 months BOP credit for
                    time in custody on the violation charge - concurrent with
                    charge in state courts. Court Reporter Name or Tape #: Wm.
                    Romanishin (wc) [Entry date 06/08/05]

6/8/05    127       JUDGMENT and COMMITMENT UPON REVOCATION HEARING that the
                    Probation is revoked.  Defendant shall be imprisoned for 48
                    months. ( Signed by Judge Ursula Ungaro-Benages on 6/8/05)
                    [EOD Date: 6/9/05] CCAP (wc) [Entry date 06/09/05]

6/13/05   128       NOTICE OF APPEAL by Carla Knight re: [127-1] judgment order
                    EOD Date: 6/9/05; Carla Knight (1) count(s) 1;  Filing Fee:
                    $ (FEE NOT REQUIRED CJA) Copies to USCA, AUSA, USM, USPO
                    and Counsel of Record. (nc) [Entry date 06/14/05]

6/14/05   --        Certified copies of Notice of Appeal, Docket and Order
                    under appeal to USCA: as to Carla Knight [128-1] appeal (nc)
                    [Entry date 06/14/05]

6/23/05   129       NOTICE of Receipt of Notice of Appeal Transmittal Letter
                    from USCA  on 6/16/05 as to Carla Knight  Re: [128-1]
                    appeal USCA Number: 05-13351-J (hh) [Entry date 06/27/05]

6/29/05   131       TRANSCRIPT INFORMATION FORM as to Carla Knight  re:
                    Sentence 6/3/05 [128-1] appeal received on 7/5/05 from
                    Court Reporter. (Returned Court Reporter Coordinator) (hh)
                    [Entry date 07/07/05]

6/30/05   130       PETITION and ORDER for Action on Conditions of probation as
                    to Carla Knight   ( Signed by Judge Ursula Ungaro-Benages
                    on 6/14/05) [EOD Date: 7/1/05] (sk) [Entry date 07/01/05]

7/18/05   132       TRANSCRIPT filed as to Carla Knight  of Probation Violation
                    Hearing and Sentencing Hearing held 6/3/05 before Judge
                    Ursula Ungaro-Benages Pages: 1-34 re: [128-1] appeal . (hh)
                    [Entry date 07/20/05]

7/18/05   133       Transcript Information Form as to Carla Knight for
                    Transcript of: Sentence held 6/3/05 filed re: [128-1]
                    appeal (hh) [Entry date 07/20/05]

7/21/05   134       CJA 20 as to Carla Knight : Appointment of Attorney Kristi
                    Flynn Kassebaum ( Signed by Magistrate Stephen T. Brown on
                    9/22/04, nunc pro tunc 7/20/05) (wc) [Entry date 07/25/05]

8/23/05   135       Judgment and Commitment Upon Revocation Hearing Returned
                    Executed as to Carla Knight on 8/2/05 at FCC Coleman, FL (wc)
                    [Entry date 08/24/05]

```
Proceedings include all events.                                    LSS
0:00cr6159-ALL USA v. Knight, et al                       CLOSED APPEAL
```

9/28/05   136      AMENDED JUDGMENT and COMMITMENT Upon Revocation Hearing.
                   The probation is hereby revoked.  Defendant shall be
                   imprisoned for a term of 45 months. ( Signed by Judge
                   Ursula Ungaro-Benages on 9/27/05) [EOD Date: 9/29/05] CCAP
                   (wc) [Entry date 09/29/05]

10/19/05  137      USCA Case Number as to Carla Knight  In Re: Appellee's
                   motion to Supplement the Record is GRANTED [128-1] appeal
                   USCA NUMBER: 05-13351-JJ (hh) [Entry date 10/20/05]

11/10/05  138      REPORT Commencing Criminal Action as to Jana Ballard  DOB:
                   8/21/65  Prisoner # 39441-018 (mh) [Entry date 11/15/05]

11/10/05  139      ORDER on Initial Appearance as to Jana Ballard Probable
                   Cause Hearing set for 10:00 a.m. on 11/28/05 for Jana
                   Ballard; Detention hearing set for 10:00 a.m. on 11/15/05
                   for Jana Ballard ; before Duty Magistrate, ,  (Signed
                   by Magistrate Stephen T. Brown on 11/10/05) Tape #
                   05D-58-2640 CCAP (mh) [Entry date 11/15/05]

11/14/05  140      ARREST WARRANT issued as to Jana Ballard. Warrant issued by
                   Judge Ursula Ungaro-Benages (mh) [Entry date 11/16/05]

11/14/05  141      DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                   Jana Ballard (mh) [Entry date 11/16/05]

```
Docket as of November 16, 2005 10:40 am                Page 19
```

# U.S.D.C. CASE # <u>00-06159-CR</u>

# U.S.C.A. CASE # <u>05-13351-J</u>

**This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):**

**CARLA KNIGHT**