# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX  
Clerk of Court

Appeals Section

Date: 11/16/2005

FILED by _____ D.C.  
APPEAL  
DEC - 6 2005  
CLERK, U.S. DIST CT  
S.D. OF FLA. MIAMI

Clerk, United States Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, GA 30303

COR/ROA

IN RE:  District Court No: 00-06159-CR - UUB

U.S.C.A. No: 05-13351-J

Style: USA V. KNIGHT

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- __1__ Volume(s) of pleadings
- __4__ Volume(s) of Transcripts
- _X_ Exhibits: __0__ boxes; __0__ folders; __0__ envelopes; __1__ PSIs (sealed)
- ☐ other: _____
- ☐ other: _____
- ☐ Other: _____

Certified to be a true and correct copy of the document on file  
Clarence Maddox, Clerk,  
U.S. District Court  
Southern District of Florida  
Sincerely,  
Clarence Maddox, Clerk of Court  
By: _____ Deputy Clerk  
Date _____

Hope Hill

Attachment  
c: court file

S/F A-15  
Rev. 10/94

☐ 301 N. Miami Avenue  
Miami, Fl 33128-7788  
305-523-5080

☐ 299 E. Broward Boulevard  
Ft. Lauderdale, Fl 33301  
954-769-5413

☐ 701 Clematis Street  
West Palm Beach, Fl 33401  
561-803-3408

147  
H.H.