TRULINCS Inmate E-Message System. 55343004 - KNIGHT, CARLA - Unit: COM-F

---------------------------------------------------------------------------

FROM: 55343004 KNIGHT, CARLA
TO:
SUBJECT: Restitution
DATE: 03/04/2007 01:50 PM

DATE:    MARCH 01, 2007

TO:      JUDGE URSULA UNGARO-BENAGES

FROM:    CARLA KNIGHT CASE# 00-6159-CR-UNGARO-BENAGES

RE:      VACATION OF RESTITUTION



FILED by JC D.C.

MAR 1 2 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Dear Judge Ungaro-Benages,

I am respectfully requesting that you vacate my restitution in the amount of $37,500.00. I am serving an 48 month sentence at

Coleman Camp, Coleman Florida. I self surrendered on 07-08-2005 and to date, have completed 19 months of my sentence. On

November 21, 2000 I was sentenced to a term of three (3) years probation by the honorable Judge Wilkie D. Ferguson Jr. On

July 30, 2003 in Broward County, Florida I was arrested by hollywood Police Department and charged with Grand Theft. This

violated my supervised release and on August 26, 2003 a Petition for Warrant was filed for noncompliance of Violation of

Mandatory Condition by failing to refrain from violation of the law. The Petition further stated that I violated a Special

Condition by failing to satisfy the court-ordered restitution of $37,500.00 in full, although I was making the ordered $100.00 a

month payments. I was arrested on the Petition for Warrant on September 11, 2003. Shortly after my arrest I learned that the

State had not filled formal charges within 45 days therefor Judge Demorgian through the case out. The State Attorney Michael J.

Satz refiled charges while I was in the U.S. Marshalls custody on or about October 1, 2003, charging me with two (2) counts of

Identity Theft and One (1) count of Grand Theft. After my self surrender to Coleman Camp I wrote a letter to the clerk of courts

requesting to enter a plea in absentee to handle the outstanding State charges that violated my Federal probation. On or about

November 29, 2005 I was brought back to Broward County on writ to answer the outstanding charges. On March 22, 2006 I plead

no contest to Grand Theft in the third degree and Criminal use of personal ID. Subsequently I was sentenced to one (1) year and

one (1) day with 131 days time served for the jail time I spent in the county jail on writ to run concurrent with my Federal

sentence. To date I have served all of my state sentence which ended 11-12-2006.

Since my self surrender to Coleman Camp on 07-08-2005 my unit team has imposed restitution payments based on the original

amount of $37,500.00 even though I had my family mail a certified copy of my Federal Court Systems Southern District of Florida

Case Inquiry Report showing the payments made and the new balance of $35,275.00. In addition to that I explained that in my

sentencing hearing on 06-08-05 the U.S. Attorney Harry Wallace and Probation officer Lennox George requested that the court

# TRULINCS Inmate E-Message System. 55343004 - KNIGHT, CARLA - Unit: COM-F

--------------------------------------------------------------------------------

impose additional probation after I serve my term of 48 months in prison, because the remaining balance of my restitution was not paid, however you (Judge Ungaro-Benages) stated that you were not imposing probation and that they should put a civil lien against me. I thought the matter was settled. Now my unit team says that these facts are not in my Judgement and Commitment order and if I do not pay my restitution I will face Bureau of prison sanctions. This puts a serious financial strain on me and my family. (Facts) I am at a work camp and I make approximately .47 cents and hour. Out of these funds I am expected to pay for toiletries such as; soap $2.45, tooth past $2.35, shampoo $6.75, sanitary napkins $9.00, laundry detergent $5.65, washer .50, dryer .50, deodorant $3.25, comb $1.50, brush $2.65, shower slides $1.45, etc., and make a $100.00 a month payment towards restitution. Since my incarceration my brother Ronnie Knight was diagnosed with cancer (lymphoma) and had to take a leave of absence from work to undergo kemo therapy. Since he is the guardian over my two daughters while I am incarcerated, my 64 year old mother Daisy Knight had to step in to assist with the care of my daughters. She works at Kindred Hospital in house keeping to help with the bills. Recently I learned she was diagnosed with glaucoma. She should be retired and resting, but because of me and my problems she is working to take care of my children and send me money in prison to help pay restitution that we just can not pay. I do not have $37,500.00. At this point in my life I don't expect that I ever will. I have lost everything except my family. I am a single mother and contrary to everything I've been a good mother. I love my family and it kills me that they are going through this with me. I am trying so hard to do the right things now. I have been here for almost 20 months and I haven't had one disciplinary action or sanction against me. I take every class that I think will better me. I was even selected by the Warden to receive the Unicor Scholarship to help with any trade course or college course I would be interested in taking. Yet and still I face the threat of sanctions not based on me doing something against the rules, but based on a restitution I can not afford to pay. If sanctions are imposed against me my phone privilege could be taken away along with my half way house date and also I will lose my shcolarship , because these privileges are only offered to those who have clear conduct and no sanctions in there file. All this is over money I just do not have. I want so much to put all this behind me and start over, but it just never ends. For the past four (4) years my life has been a reocurring nightmare. I can not change the past. If I could I would. Knowing what I know now I would gladly choose not go down this road. Putting myself and my family through this never ending turmoil. I realize that no matter what they love me, and they will always try to help and support me. This reality hurts the most because it is not fare to them.

My brother Ronnie sent me an expert from the law that someone gave him and it states; Under 18 U.S.C. &3663 it is stated "The Victims and Witness protection Act does not mandate restitution in all circumstances. "U.S. v Owens, CA 8 (Mo.) 1990, 901 F2nd 1457. In US v Siegel 153 F3d 1256, 1261 (11th Cir 1998) The United States Court of Appeals required the District Court to

## TRULINCS Inmate E-Message System. 55343004 - KNIGHT, CARLA - Unit: COM-F

-------------------------------------------------------------------------------------------------

consider Siegel's ability to pay when setting the amount of restitution to be ordered.  Case was remanded for reconsideration of

defendant's ability to pay.  Under 18 &3663 (B) (i) (II) "the financial resources of the defendant, the financial needs and earning

ability of the defendant and the defendant's dependants, and such other factors as the court deems appropriate.  The same

statute under &3663 (f) (2) (A) the time period to satisfy the restitution order " shall not be greater than the end of the

probation period, which in my case was three (3) years.

I am writing you because I don't know what else to do.  I do not have money for an attorney and this matter has become

exhausting.  I just want to rebuild my life and help my family with hope that upon my release I can support them the way they

have supported me.  I need this chapter in my life to be over so that I can regain stability and redeem myself in society.

Therefore, I respectfully request that this court vacate my restitution.

Respectfully submitted,

Carla M. Knight

TRULINCS Inmate E-Message System. 55343004 - KNIGHT, CARLA - Unit: COM-F
--------------------------------------------------------------------------------------------------
FROM: 55343004 KNIGHT, CARLA
TO:
SUBJECT: Restitution Case#00-6159-CR-Ungaro-Benages
DATE: 03/06/2007 08:43 PM


Dear Judge Ungaro-Benages,

I have enclosed copies of the following documents for your review ;Program Review Report, Federal Court Systems Payment Inquiry, Unicor Federal Prison Industries Scholarship Application, Unicor Scholarship Award Letter, State Circuit Court Disposition Order, Certificate of Completion to all the classes I have taken since my self surrender to Coleman Camp.


Respectfully

Carla Knight
55343-004

```
   COMUN  540*23 *              SENTENCE MONITORING           *    04-12-2006
PAGE 001           *            COMPUTATION DATA              *    11:14:03
                                 AS OF 04-12-2006
```

REGNO..: 55343-004 NAME: KNIGHT, CARLA

```
FBI NO...........: 441138DB8          DATE OF BIRTH: 09-09-1968
ARS1.............: COM/A-DES
UNIT.............: F 4                 QUARTERS.....: F15-442L
DETAINERS........: NO                  NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 03-31-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 08-04-2008 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 00-6159-CR-UNGARO-BE
JUDGE...........................: UNGARO-BENAGES
DATE SENTENCED/PROBATION IMPOSED: 11-21-2000
DATE PROBATION REVOKED..........: 06-08-2005
TYPE OF PROBATION REVOKED.......: REG
DATE COMMITTED..................: 08-02-2005
HOW COMMITTED...................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00       $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $37,500.00
```

---------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  157
OFF/CHG: 18 USC 1029(A)(5),(B)(2) CONSPIRACY TO COMMIT ACCESS DEVICE
         FRAUD

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   48 MONTHS
CLASS OF OFFENSE...............: CLASS D FELONY
DATE OF OFFENSE................: 02-04-1999
```

G0002       MORE PAGES TO FOLLOW . . .

```
   COMUN   540*23 *          SENTENCE MONITORING          *     04-12-2006
PAGE 002 OF 002 *          COMPUTATION DATA            *     11:14:03
                            AS OF 04-12-2006
```

REGNO..: 55343-004 NAME: KNIGHT, CARLA


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-23-2005 AT COM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 07-08-2005
TOTAL TERM IN EFFECT............:   48 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    4 YEARS
EARLIEST DATE OF OFFENSE........: 02-04-1999
```

```
JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    06-15-2000     06-15-2000
                                    07-30-2003     08-04-2003
                                    09-11-2003     01-27-2004
                                    05-25-2005     05-26-2005
                                    06-13-2005     06-13-2005
```

```
TOTAL PRIOR CREDIT TIME.........: 149
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 188
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 08-04-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 02-08-2009
```


```
PROJECTED SATISFACTION DATE.....: 08-04-2008
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: DATE COMP BEGINS IS 7/8/05, DATE V/S TO THE US MARSHALS, MIAMI


S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

```
   COMUN  542*22 *           SENTENCE MONITORING           *    04-12-2006
PAGE 001 OF 001 *              GOOD TIME DATA              *    11:14:25
                            AS OF  04-12-2006


REGNO...: 55343-004    NAME: KNIGHT, CARLA
ARS 1...: COM A-DES                              PLRA
COMPUTATION NUMBER..: 010               FUNC..: PRT   ACT DT:
LAST UPDATED:  DATE.: 08-23-2005        FACL..: COM     CALC: AUTOMATIC
UNIT................: F 4               QUARTERS...........: F15-442L
DATE COMP BEGINS....: 07-08-2005        COMP STATUS........: COMPLETE
TOTAL JAIL CREDIT...: 149               TOTAL INOP TIME....: 0
CURRENT REL DT......: 12-16-2008 TUE    EXPIRES FULL TERM DT: 02-08-2009
PROJ SATISFACT DT...: 08-04-2008 MON    PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                   ACTUAL SATISF METHOD:
DAYS REMAINING......:                   FINAL PUBLC LAW DAYS:


------------------------GOOD CONDUCT TIME AMOUNTS------------------------

                        MAX POSSIBLE TO    ACTUAL TOTALS    VESTED   VESTED
  START       STOP      DIS    FFT       DIS    FFT        AMOUNT    DATE
  DATE        DATE
02-09-2005  02-08-2006   54     54
02-09-2006  02-08-2007   54
02-09-2007  02-08-2008   54
02-09-2008  08-04-2008   26

     TOTAL EARNED AMOUNT...........................................:      54
     TOTAL EARNED AND PROJECTED AMOUNT.............................:     188
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
   COMSH          *        PROGRAM REVIEW REPORT           *      10-06-2006
PAGE 001                                                          06:52:47

INSTITUTION: COM  COLEMAN MED FCI

NAME.......: KNIGHT, CARLA                        REG. NO: 55343-004
RESIDENCE..: FT LAUDERDALE, FL 33311

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....: 4/2007

PROJ. RELEASE DATE..: 08-04-2008        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 4/2007     DETAINERS (Y/N): Y

CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N): N/A

PENDING CHARGES.....: None

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: NO
   IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
```

| CATEGORY | - - - - - | CURRENT ASSIGNMENT - - - - - - - | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 08-01-2008 | 1307 |
| CMA | RPP PART | RELEASE PREP PGM PARTICIPATES | 02-08-2006 | 0730 |
| CMA | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 08-10-2005 | 1304 |
| CUS | OUT | OUT CUSTODY | 07-06-2005 | 0911 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 08-10-2005 | 1304 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 08-03-2005 | 1209 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-26-2005 | 1334 |
| FRP | PART | FINANC RESP-PARTICIPATES | 09-26-2005 | 1113 |
| LEV | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 07-05-2005 | 1305 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-18-2006 | 1512 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 04-18-2006 | 1512 |
| QTR | F15-442L | HOUSE F/RANGE 15/BED 442L | 04-06-2006 | 1122 |
| RLG | CATHOLIC | CATHOLIC | 09-11-2003 | 2010 |
| WRK | C UNIC DC5 | CAMP UNICOR DC 5 | 09-05-2006 | 0001 |

WORK PERFORMANCE RATING: *Outstanding work evaluation*

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: *No incidents report.*

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $ 1,173.40

FRP PAYMENTS PAST 6 MO: $ 80.00.13   OBLG BALANCE: $ 19.87 *Assess Rest 37,500.00*

CURRENT FRP PLAN: $_____   PAYMENTS COMMENSURATE: YES ____ / NO ____

IF NO, NEW PAYMENT PLAN: _____

*Discrepancies on Balance, Family making payments in the outside.*

COMSH          *        PROGRAM REVIEW REPORT          *        10-06-2006
PAGE 002                                                        06:52:47

RELEASE PREPARATION PARTICIPATION: _n p p part_ .

CCC RECOMMENDATION: _will be discuss 11 months from release date._

PROGRESS MADE SINCE LAST REVIEW① _not participating in Paralegal Class, however participating in College courses._ ② _no Rico's participation_ ③ _Making FRP payments_ .

GOALS FOR NEXT PROGRAM REVIEW MEETING: ① _Continue with college courses and complete all Task by 4/2007._ ② _Continue with FRP payments by 4/2006._

LONG TERM GOALS: _Complete at least two courses (College) by 12/2008._

OTHER INMATE REQUESTS/TEAM ACTIONS: _407 & 408 Chec._

```
COMSH            *       PROGRAM REVIEW REPORT         *      10-06-2006
PAGE 003 OF 003                                               06:52:47
```

SIGNATURES:

UNIT MANAGER: _____        INMATE: X _____

DATE: 10 | 11 | 0 6                    DATE: 10 | 11 | 0 6

```
RUN ON 08/04/06                                                    FEDERAL COURT SYSTEMS                          PAGE: 1
                                                              SOUTHERN DISTRICT OF FLORIDA
                                                                  CASE INQUIRY REPORT

CASE NO: 1:00-CR-006159          TITLE: USA VS CARLA KNIGHT
```

| DEFENDANT # | PAYEE | RECEIPT/ VOUCHER NUMBER | RECEIPT/ VOUCHER DATE | ORDERED AMOUNT INCREASE/ (DECREASE) CASE BAL | AMOUNT PAID TYPE OF TRANS- ACTION | BALANCE DUE ACCOUNT NUMBER | DEFENDANT PAYEE/BANK NUMBER | PAYMENT TYPE ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| 1. KNIGHT, CARLA | | | | 100.00 | 100.00 | 0.00 504100 | | ASSESSMENT 504100 |
| 2. KNIGHT, CARLA (J&S) | | | | 37,500.00 | | 0.00 6855XX | | RESTITUTION 6855XX |
| 3. BALLARD, JANA | | | | 100.00 | | 0.00 504100 | | ASSESSMENT 504100 |
| 4. BALLARD, JANA (J&S) | | | | 147,402.22 | 780.00 | 146,622.22 6855XX | 6855XX | RESTITUTION 6855XX |

TRANSACTION

| | RECEIPT/ VOUCHER NUMBER | RECEIPT/ VOUCHER DATE | INCREASE/ (DECREASE) CASE BAL | TYPE OF TRANS- ACTION | ACCOUNT NUMBER | DEFENDANT PAYEE/BANK NUMBER | U.S. TREASURY | COMMERCIAL BANKS | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| RECEIVED | 4015209850I | 11/17/00 | 100.00 | CH | 504100 | | 100.00 | | 100.00 |
| DISBURSED | 1008417310I | 05/11/01 | 100.00 | NO | 6855XX | 01 | 100.00 | | |
| DISBURSED | 1872I7- 6 | 08/06/01 | -100.00 | CV | 6855XX | 01 | -100.00 | | |
| DISBURSED | 4015232410I | 08/28/01 | -300.00 | CV | 6855XX | 01 | -300.00 | | |
| RECEIVED | 190906- 13 | 10/24/01 | 300.00 | CV | 6855XX | 01 | 300.00 | | |
| RECEIVED | 8030258320I | 04/25/02 | 40.00 | TR | 504100 | 3 | | | 40.00 |
| RECEIVED | 8030270720I | 05/23/02 | 40.00 | TR | 504100 | 3 | | | 40.00 |

README: CASE IS JOINT & SEVERAL

| Type | Number | Date | Amount | Code | Account | | Amount |
|---|---|---|---|---|---|---|---|
| RECEIVED | 803027470001 | 06/24/02 | 20.00 | TR | 504100 | 3 | 20.00 |
| RECEIVED | 803027470101 | 06/24/02 | 20.00 | TR | 504100 | 3 | 20.00 |
| RECEIVED | 803029201001 | 08/26/02 | 40.00 | TR | 6855XX | 4 | 40.00 |
| RECEIVED | 803029201101 | 08/26/02 | 40.00 | TR | 6855XX | 4 | 40.00 |
| RECEIVED | 803029440001 | 09/20/02 | 40.00 | TR | 6855XX | 4 | 40.00 |
| RECEIVED | 803029849901 | 10/25/02 | 40.00 | TR | 6855XX | 4 | 40.00 |
| RECEIVED | 811027471101 | 11/19/02 | -20.00 | TR | 504100 | 3 | -20.00 |
| RECEIVED | 811027471102 | 11/19/02 | 20.00 | TR | 6855XX | 4 | 20.00 |
| DISBURSED | 208955- 13 | 11/21/02 | -180.00 | CV | 6855XX | 02 | -180.00 |
| RECEIVED | 1008759411123 | 01/21/03 | 300.00 | CR | 6855XX | 0 | 300.00 |
| RECEIVED | 401527150001 | 01/27/03 | 1,200.00 | CH | | 2 | 1,200.00 |
| RECEIVED | 40152716501 | 01/29/03 | 500.00 | CK | 6855XX | 2 | 500.00 |
| RECEIVED | 1008766801 | 02/03/03 | 50.00 | MO | 6855XX | 4 | 50.00 |
| DISBURSED | 212702- 1 | 02/25/03 | -2,050.00 | CV | 6855XX | 02 | -2,050.00 |
| RECEIVED | 1008793201 | 03/18/03 | 50.00 | MO | 6855XX | 4 | 50.00 |
| RECEIVED | 1008050101 | 04/10/03 | 50.00 | MO | 6855XX | 4 | 50.00 |
| DISBURSED | 214948- 21 | 04/14/03 | -100.00 | CV | 6855XX | 02 | -100.00 |
| DISBURSED | 214948- 22 | 04/14/03 | -50.00 | CV | 6855XX | 02 | -50.00 |
| DISBURSED | 216327- 14 | 05/16/03 | -50.00 | CV | 6855XX | 02 | -50.00 |
| RECEIVED | 1008283301 | 05/21/03 | 50.00 | MO | 6855XX | 4 | 50.00 |
| DISBURSED | 216958- 6 | 05/28/03 | -50.00 | CV | 6855XX | 02 | -50.00 |
| RECEIVED | 1008459601 | 06/18/03 | 50.00 | MO | 6855XX | 4 | 50.00 |
| RECEIVED | 1008957401 | 09/22/03 | 50.00 | MO | 6855XX | 4 | 50.00 |
| RECEIVED | 1008956901 | 09/22/03 | 75.00 | MO | 6855XX | 4 | 75.00 |
| RECEIVED | 1009005401 | 10/10/03 | 75.00 | MO | 6855XX | 4 | 75.00 |
| RECEIVED | 1008566901 | 01/29/04 | 75.00 | MO | 6855XX | 4 | 75.00 |
| RECEIVED | 1008721501 | 02/26/04 | 75.00 | CV | 6855XX | 4 | 75.00 |
| DISBURSED | 224710- 25 | 05/14/04 | -400.00 | CV | 6855XX | 03 | -400.00 |

********** CASE SUMMARY **********

TOTAL CASE BALANCE:                225.00

BALANCE IN U.S. TREASURY:
CASE DEPOSITORY MAINT. BALANCE :                    25.00
BALANCE IN COMMERCIAL BANKS:                        25.00
CASE DEPOSITORY MAINT. BALANCE :

DEPOSITS TO RECEIPT ACCOUNTS:                       0.00
                                                    0.00

                                                    200.00

TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800      AJ: ADJUSTMENT         BV: BANK VOUCHER      CH: CASH
BD: DIRECT BANK DEPOSIT    BT: BANK TRANSFER      CC: CREDIT CARD       CR: CASE REFUND
CK: CHECK                  CL: COLLATERAL         CN: CONVERSION        FF: FORFEITURE
CV: CASE VOUCHER           DW: DIRECT WITHDRAWL   DV: DEBIT VOUCHER     VD: VOID
I : INTEREST               MO: MONEY ORDER        TR: TRANSFER

# UNICOR FEDERAL PRISON INDUSTRIES, INC
## FCC COLEMAN, FLORIDA
### SCHOLARSHIP APPLICATION

Read and sign Scholarship Terms and Conditions on the back.

### 1. TO BE COMPLETED BY INMATE

NAME: _Carla Knight_   REG #: _55 343-004_

SOC. SEC. #: _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_   WORK DETAIL: _Unicor_   UNIT: _F4_

SCHOOL: _Miami Dade College_   COURSE: _Human Anat & Phys_ _BSC 2085_ No: _357401_

HOW WILL YOU BENEFIT FROM THIS COURSE : _Not only does this class meet the criteria for my AS degree, it is also transferable to Nova Southeastern University, where I intend to continue my studies for a Bachelor's Degree in Psychology._

HAVE YOU EVER RECEIVED A UNICOR SCHOLARSHIP : YES _____  NO _✓_  DATE : _____

TUITION: _136.00_   BOOKS: _114.00_   TOTAL COST: _250.00_

IF AWARDED A UNICOR SCHOLARSHIP, I AGREE TO PROVIDE THE ASSOCIATE WARDEN (I & E) WITH AN UNALTERED, OR ORIGINAL COPY OF MY GRADES.

_Carla Knight_
(SIGNATURE)

### 2. TO BE COMPLETED BY DETAIL SUPERVISOR

RECOMMENDATION:                                  LAST EVALUATION : _____

APPROVED: _✓_   DISAPPROVED: _____        SCORE: _____

NOTE: INMATE MUST RETURN THIS FORM SIGNED BY THE DETAIL SUPERVISOR TO THE EDUCATION DEPARTMENT.

COMMENTS: _employee  Highly recommend / Excellent_

_Jones_
(SIGNATURE)

### 3. TO BE COMPLETED BY EDUCATION DEPARTMENT

COMMENTS: _____

_____

_____

_____

(SIGNATURE)                    DATE

### 4. TO BE COMPLETED BY UNICOR SCHOLARSHIP COMMITTEE

_____     APPROVED: _____  DENIED: _____
EDUCATION SUPERVISOR

_____     APPROVED: _____  DENIED: _____
DELEGATE BY A.W.

_____     APPROVED: _____  DENIED: _____
ASSOCIATE WARDEN (I&E)

COMMITTEE MEETING DATE: _____

BO-0029
10/16/03
Excel Document



U.S. Department of Justice
UNICOR
Federal Prison Industries, INC

**MEMORANDUM**

**F.C.C. Coleman, Fl**
**(352)330-3200**

**DATE:** September 25, 2006

**REPLY TO**
**ATTN OF :** Alex Pastrana, Operational Accountant

**SUBJECT:** Scholarships Awards

**TO:** All UNICOR Inmates

The following inmates have been awarded a UNICOR Scholarship not to exceed $250.00.

**PANEL FACTORY**

Eric Harris
Mark Johnson
Benjamin McCallum
Allen Mosley
Guadalupe Rodriguez
Anthony Woodall

**WOOD FACTORY**

Daniel Gainey
Derrick Hall
Jon Oakley
Reynaldo Ortiz
Jihad Rashid
Marlon Register
Eric Thompson
Bradley Zartman

**WAREHOUSE AND DISTRIBUTION CENTER**

Robin Edmonds
Carla Knight
Rhonda Stubbs
Kathy Turner

1 OF 2

**CIRCUIT COURT DISPOSITION ORDER IN AND FOR BROWARD COUNTY, FLORIDA**

Case Number: _____ Arrest Number: _____ BCCN # _____

State of Florida VS _____ AKA _____

Judge _____ Cash bond / Return to depositor / Surety bond / IC

Cash bond number(s): _____

Charges: Grand Theft
crim use personal ID

_____

( ) REMANDED ( ) REMAIN IC ( ) UNTIL PICKED UP BY _____ OR
BED AVAILABLE AT _____

( ) Arraignment ( ) Change of Plea ( ) Guilty ( ) No Contest ( ) PSI/PDR ( ) Sentencing / Re-Sentencing
( ) Trial by Jury ( ) Trial by Court ( ) First VOP / VOCC ( ) Final VOP / VOCC ( ) Admits Allegations
( ) Convicted by Jury/Court _____ ( ) Acquitted by Jury/Court _____ ( ) Dismissed _____ ( ) Speedy
( ) Discharged _____ ( ) Nolle Prosequi _____ ( ) Found Incompetent/Committed to Child/Family Services
( ) Adj. Guilty _____ ( ) Adj. Withheld _____ ( ) Adj. Delinquent _____
( ) Committed to DJJ/Level _____ ( ) Sentence Withheld ( ) Previous Sentence Vacated
( ) PSI Ordered
**Adj. and Sentence deferred to** _____

Type of Probation / Community Control:
( ) Youthful Offender ( ) Drug Offender ( ) Sexual Offender ( ) Habitual Offender ( ) Mental Health ( ) County
PROB/COMM CONTROL ( ) Revoked ( ) Reinstated ( ) Modified ( ) Terminated
( ) Extended _____ ( ) All previous special conditions apply
WARRANT: ( ) Dismissed ( ) Withdrawn ( ) Served in open court

**SENTENCE (PROBATION/COMM.CONTROL)**
COUNT(S): _____
( ) Years ( ) Months ( ) Days ( ) Probation ( ) Community Control ( ) followed by
( ) Years ( ) Months ( ) Days ( ) Probation ( ) Community Control
( ) each count concurrent/consecutive ( ) concurrent ( ) consecutive to case number _____
COUNT(S): _____
( ) Years ( ) Months ( ) Days ( ) Probation ( ) Community Control ( ) followed by
( ) Years ( ) Months ( ) Days ( ) Probation ( ) Community Control
( ) each count concurrent/consecutive ( ) concurrent ( ) consecutive to case number _____

**SENTENCE (INCARCERATION)**
COUNT(S): _____
( ) BCI ( ) FSP week credit for _____ days T/S ( ) One year plus one day ( ) _____ ( ) Years ( ) Months ( ) Days
( ) followed by _____ ( ) Years ( ) Months ( ) Days ( ) Probation ( ) Community Control
( ) each count concurrent/consecutive ( ) concurrent/consecutive to case number Federal sentence
( ) any other sentence ( ) work release ( ) prison sentence suspended
COUNT(S): _____
( ) BCI ( ) FSP week credit for _____ days T/S ( ) One year plus one day ( ) _____ ( ) Years ( ) Months ( ) Days
( ) followed by _____ ( ) Years ( ) Months ( ) Days ( ) Probation ( ) Community Control
( ) each count concurrent/consecutive ( ) concurrent/consecutive to case number _____
( ) any other sentence ( ) work release ( ) prison sentence suspended

JUDGE _____

DEPUTY CLERK _____ DEFENDANT _____ DATE 3/27/06

6B-1 . 1CC 24-1 REV 9/01

2 OF 2

State of Florida VS _Carla Knight_                    Case number _____

## SPECIAL CONDITIONS OF PRISON SENTENCE:
- ( ) Habitual Violent Offender mandatory minimum _____ years Ct(s) _____
- ( ) Violent Career Criminal mandatory minimum _____ years Ct(s) _____
- ( ) Prison Releasee Reoffender mandatory minimum _____ years Ct(s) _____
- ( ) Firearm mandatory minimum _____ years Ct(s) _____
- ( ) Other mandatory minimum _____
- ( ) Habitual Offender Ct(s) _____   ( ) Youthful Offender   ( ) Sexual Predator/Offender   ( ) Boot Camp
- ( ) Drug Treatment ( ) Tier _____ Program
- ( ) To be given credit for all time previously served in prison, to be calculated by Department of Corrections

## SPECIAL CONDITIONS OF PROBATION:
- ( ) _____ days BCF w/credit for _____ days T/S ( ) work release ( ) Boot Camp
- ( ) ATTAC  ( ) Work release after successful completion of ATTAC  ( ) Electronic Monitor  ( ) Drug Treatment
- ( ) BSO/SAP ( ) ISAP ( ) Upon successful completion of drug program jail sentence shall be terminated

- ( ) _____ hours of Community Service
- ( ) $ _____ COS waived / imposed
- ( ) Anger Management Program
- ( ) BARC  ( ) followed by _____
- ( ) Blood draw per F.S. 943.325 – 2 samples for conviction of sexual assaults; lewd or indecent acts; homicides (782.04) aggravated battery; home invasion robbery or carjacking
- ( ) Curfew _____
- ( ) Drug/Alcohol evaluation and treatment recommended
- ( ) Forfeit weapons/firearms
- ( ) F.A.C.T.
- ( ) House of Hope
- ( ) IRT ( ) followed by _____
- ( ) May transfer probation to _____
- ( ) May travel _____ for work purposes
- ( ) No contact with minor children without adult supervision
- ( ) No contact directly or indirectly with victim(s) or victim's family or others listed
- ( ) No driving without valid driver's license
- ( ) No drugs or alcohol
- ( ) Enter and successfully complete _____
- ( ) Drug Court Monitoring/Hearing set _____
- ( ) Other _____

- ( ) Obtain GED or High School diploma
- ( ) Peg program
- ( ) Psychological / Psychiatric evaluation and treatment necessary
- ( ) Random drug/alcohol testing
- ( ) Random urinalysis/waive costs
- ( ) Recommend 2-year Driver's License Suspension
- ( ) Restitution ordered $ _____ /amount reserved
- ( ) Spectrum
- ( ) Substance abuse evaluation
- ( ) Turning Point Bridge Program/Aftercare
- ( ) Work permit
- ( ) Make donation of $ _____ to _____

_if requested defendant serve sentence in federal prison_

## COSTS
- ( ) $200 Trust Fund
- ( ) $50 VC each count _____
- ( ) $5 Assessment each count _____
- ( ) $50 SN1
- ( ) $100 OTF
- ( ) $ _____ fine plus $ _____ 5% surcharge count(s) _____
- ( ) $ _____ Court Costs
- ( ) Pay balance of previously imposed costs
- ( ) Balance of court costs and fees converted to a civil lien
- ( ) Deferral fee _____ ( ) Defer to _____
- ( ) Other _____

- ( ) $40 PD application fee waived / imposed
- ( ) _____ PD fee
- ( ) $20 CSTF
- ( ) $3 TC 65  ( ) Extradition costs $ _____
- ( ) $20 SN1
- ( ) $ 15 _____ CFF
- ( ) Waive all court costs
- ( ) Court costs converted to Comm. Service hours


JUDGE _____

DEPUTY CLERK _____   DATE 3/22/06

6B-2    1CC 14-2 REV. 9/01

DEFENDANT

# Certificate of Completion

awarded to:

CARLA KNIGHT

For Successfully Completing the Unit-Based Class

*EMPLOYMENT VIDEO SERIES*

NOVEMBER 20, 2006

**Date**

Mark Johnson, Unit Manager



*Certificate of Participation*

*In the NAACP Economic Development Committee Seminar On*

**PERSONAL BANKING**

*Washington Mutual Bank, Nadine Hylton, Manager*

*Presented to*

*Carla Knight*

*July 24, 2006 – The 97th Year Of The NAACP*

Rhoda Goodwin, Chair
Economic Development Committee

Brenda J. Hamer, President

# Certificate of Completion

awarded to:

CARLA KNIGHT

For Successfully Completing the Unit-Based Class

*Construction Trades*



Mark Johnson, Unit Manager

DECEMBER 17, 2006

**Date**



# Certificate of Completion

awarded to:

CARLA KNIGHT

For Successfully Completing the Unit-Based Class

*Creative Writing I*

Mark Johnson, Unit Manager

DECEMBER 12, 2006

Date

# Certificate of Completion

awarded to:

CARLA KNIGHT

For Successfully Completing the Unit Based
Introductory Self - Publishing Workshop



Mark Johnson, Unit Manager

Nov. 17, 2006

**Date**

# Certificate of Completion

awarded to:

CARLA KNIGHT

For Successfully Completing the Unit Based Workshop
Introduction to Daycare Center Professional

NOVEMBER 30, 2006

Date

Mark Johnson, Unit Manager

# Certificate Of Completion

## Presented To

### Carla Knight

*Well done thy good and faithful servant....*

For Your diligence in completing the Spiritual Warfare course

Presented On This 25th Day of August 2006

Y. Bras-Garcia
Chaplain



# Certificate of Participation

## In the NAACP Health Committee Seminar On

# DIABETES AWARENESS

*Florida Hospital Waterman, Kris Heritage, R.N., B.S.N., Diabetes Educator*

*Presented to*

## Carla Knight

*September 22, 2006 - The 97th Year Of The NAACP*

Alice Pirchesky, Chair
NAACP Health Committee

Brenda J. Hamer, President
NAACP Coleman Camp Branch

# Certificate of Completion

*This certifies that*

## Carla Knight

*has successfully completed*

*3 months in the Lifestyle program*



**Awarded by Calvary Chapel**

*Fort Lauderdale, Florida*

*Madeline Kline,*
*Program Coordinator*
*March 22, 2006*



# Certificate of Participation

*Presented to*

## Carla Knight

*For The*

**NAACP HEALTH SEMINAR**
**WOMEN'S HEALTH: INFECTIOUS DISEASES**

*November, 2005 – The 96th Year of the NAACP*



*Carol Campbell, Chair- Health Committee*

**Brenda J. Hamer, President**

# Certificate Of Appointment

## NAACP Freedom Fund Committee

### Presented To

## Carla Knight



January 2007> >The 98th Year Of The NAACP

*Brenda J. Hamer*
NAACP President

*Gardenia Jackson, Co-Chair*
Freedom Fund Committee

*Sharie Fredlich, Co-Chair*
Freedom Fund Committee