UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06159-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

CARLA KNIGHT,

               Defendant.
_____/

## ORDER REQUIRING GOVERNMENT RESPONSE

THIS CAUSE is before the Court on Defendant's Motion to Vacate Restitution. DE 161. The Court, having considered the Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Government shall file a response to the Motion by August 17, 2007.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of August, 2007.

*[signature]*
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Harry Wallace