UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

CARLA KNIGHT,

        Defendant.
_____/

## ORDER REQUIRING GOVERNMENT RESPONSE

THIS CAUSE is before the Court on Defendant's Motion to Compel Discovery. DE 16. The Court, having considered the Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Government shall file a response to the Motion by August 24, 2007.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of August, 2007.

        URSULA UNGARO-BENAGES
        UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
HARRY WALLACE AUSA