UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 00-6159-CR-UNGARO-BENAGES/Brown

UNITED STATES OF AMERICA

vs.

CARLA KNIGHT,

    Defendant.
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO VACATE RESTITUTION

THE UNITED STATES OF AMERICA, hereby files this response to defendant Carla Knight's motion to vacate restitution. In support of its response, the government submits the following:

While it is true that the defendant had paid some of her restitution prior to violating probation, her payments were not current at the time of her violation. In fact, as this Court may recall, the defendant's probation officer's efforts to determine the defendant's ability to pay her arrearage had been thwarted by the defendant's refusal to provide documentation of her income as a self-employed real estate investor. Nevertheless, the defendant makes a compelling argument for a reduction in the amount of her restitution. Although all of the listed items for which she has to pay are not items that are purchased on a weekly or monthly basis, it still is obvious that she may not be able to afford to pay $100 per month while incarcerated. Thus, the government submits that her restitution payments should be reduced to a sum that is commensurate with her income while imprisoned. Such a reduction in her

restitution should alleviate the defendant's financial strain and still allow some payment to the victims of her crimes.

WHEREFORE, the government respectfully requests that this Court deny defendant Carla Knight's Motion to vacate her order of restitution, and instead reduce the amount of her restitution payments to a more equitable amount.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: /s/ *Harry C. Wallace, Jr.*
HARRY C. WALLACE, JR.
ASSISTANT U.S. ATTORNEY
Florida Bar No. 623946
500 East Broward Blvd., Seventh Floor
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, Ext. 3585
Fax: (954) 356-7336

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 27, 2007, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/ *Harry C. Wallace, Jr.*
Harry C. Wallace, Jr.
Assistant United States Attorney