UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06159-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

CARLA KNIGHT,

       Defendant.
_____/

### ORDER GRANTING IN PART DEFENDANT'S MOTION TO VACATE RESTITUTION

THIS CAUSE is before the Court upon Defendant's Motion to Vacate Restitution, which the Court construes as a motion under 18 U.S.C. § 3572(d)(3). DE 161. The Court, after considering the Motion, the Government's response (DE 164), and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion (DE 161) is GRANTED IN PART in that Defendant's restitution payments shall be reduced to $25 per month while Defendant remains imprisoned; the total amount of restitution shall remain intact.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of August, 2007.

                                                                         _____
                                                                         URSULA UNGARO
                                                                         UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Carla Knight, *pro se*