UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06159-CR-UNGARO

UNITED STATES OF AMERICA,

vs.

CARLA KNIGHT,

               Defendant.
_____/

## ORDER REQUIRING GOVERNMENT RESPONSE

THIS CAUSE is before the Court upon Defendant's Emergency Motion For Correcting An Illegal Sentence dated April 15, 2008. (D.E. 166.) The Court, having considered the Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Government shall file a response to the Motion by 30 of April 2008.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of April, 2008.

                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Carla Knight, *pro se*